IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LIBERTY LEGAL FOUNDATION, JOHN DUMMETT, LEONARD VOLODARSKY, CREG MARONEY, <br><br>Plaintiffs,<br>vs.<br><br>NATIONAL DEMOCRATIC PARTY OF THE USA, INC., DEMOCRATIC NATIONAL COMMITTEE, TENNESSEE DEMOCRATIC PARTY, DEBBIE WASSERMAN SCHULTZ, and CHIP FORRESTER,<br><br>Defendants. | Case No. 2:12-cv-02143-cgc<br><br><br>Removal of Case No. CH-11-1757-3 From Chancery Court for the State of Tennessee in Shelby County |

## **MOTION TO DISMISS PURSUANT TO RULE 12(b)(2)**

Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, Defendants the Democratic National Committee (the "DNC") and Debbie Wasserman Schultz ("Wasserman Schultz" collectively with the previously named defendant the "DNC Defendants"), respectfully move this Court to dismiss this case against them for lack of personal jurisdiction. In support of this Motion, the DNC Defendants state the following:

1. Plaintiffs fail to allege that the DNC Defendants, both out-of-state defendants, have sufficient contact with this forum to justify the Court exercising personal jurisdiction over them; and

2. In support of this Motion to Dismiss, the Defendants rely upon the following:

    a. All pleadings filed to date;

247694                                       1

    b. All papers filed along with the Notice of Removal, filed on February 23, 2012; and

    c. The Memorandum in Support of the Motion To Dismiss, filed contemporaneously herewith ("Memo in Support").

In light of the foregoing, and for the reasons articulated in the accompanying Memo in Support, Defendants move this Court to dismiss this action in its entirety, or in the alternative dismiss all Defendants but the TNDP.

Submitted this 1st day of March, 2012.

By:   /s/ J. Gerard Stranch, IV
J. Gerard Stranch, IV (BPR#023045)
Benjamin A. Gastel (BPR#028699)
BRANSTETTER, STRANCH
 & JENNINGS, PLLC
227 Second Avenue North, 4th Floor
Nashville, TN 37201-1631
Telephone: 615/254-8801
Facsimile:  615/255-5419
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Counsel for the Democratic National Committee and Debbie Wasserman Schultz*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served via US Mail, postage prepaid, on March 1, 2012, upon:

Van Irion
Liberty Legal Foundation
9040 Executive Park Dr., Ste. 200
Knoxville, TN 37923

    /s/   J. Gerard Stranch, IV
    J. Gerard Stranch, IV