# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LIBERTY LEGAL FOUNDATION, JOHN DUMMETT, LEONARD VOLODARSKY, CREG MARONEY, <br><br>    Plaintiffs, <br> vs. <br><br> NATIONAL DEMOCRATIC PARTY OF THE USA, INC., DEMOCRATIC NATIONAL COMMITTEE, TENNESSEE DEMOCRATIC PARTY, DEBBIE WASSERMAN SCHULTZ, and CHIP FORRESTER, <br><br>    Defendants. | Case No. 2:12-cv-02143-cgc <br><br> Removal of Case No. CH-11-1757-3 From Chancery Court for the State of Tennessee in Shelby County |

## DECLARATION OF CHIP FORRESTER

1. I am over the age of 18 and make this declaration based on my own personal knowledge and specifically knowledge I have gained as Chairperson of the Tennessee Democratic Party (the "TNDP"). I have been Chairperson of the TNDP since 2009

2. I make this declaration in support of a Motion to Dismiss Under Rule 12(b)(3) in the above-identified case.

3. I live, reside, and work in Davidson County, Tennessee.

4. The TNDP is located in Davidson County, Tennessee.

5. As Chairperson of the TNDP, I am aware of how the TNDP identifies and nominates its candidate for President of the United States. The National Democratic Party of the USA, Inc. (the "NDP USA") plays no role whatsoever in that process. The NDP USA is not a subsidiary or otherwise affiliated with the TNDP. The TNDP is wholly responsible for submitting a name to

1

the Tennessee Secretary of State Division of Elections, which is located in Davidson County, Tennessee, identifying the person who shall appear on the Tennessee statewide ballot as Democratic Party's nominee for President of the United States.

I declare under penalty of perjury pursuant to U.S.C. Section 1746 that the foregoing is true and correct.

Executed on this 1st day of March 2012, in Davidson County, Tennessee.

_____
CHIP FORRESTER