# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

LIBERTY LEGAL FOUNDATION;
JOHN DUMMETT;
LEONARD VOLODARSKY;
CREG MARONEY,

    Plaintiffs

                                       CASE NO: 2:12-cv-02143-cgc

    v.

NATIONAL DEMOCRATIC PARTY
of the USA, Inc.;
DEMOCRATIC NATIONAL COMMITTEE;
TENNESSEE DEMOCRATIC PARTY;
DEBBIE WASSERMAN SCHULTZ;
CHIP FORRESTER,

    Defendants

## ORDER ON MOTION FOR PRO HAC VICE ADMISSION

On motion for pro hac vice admission and good cause found, attorney Van R. Irion is hereby admitted to practice in the United States District Court as attorney for the Plaintiffs in the above-entitled action.

This the  8th  day of   March  , 2012.


                                      s/S. Thomas Anderson
                                      UNITED STATES JUDGE