UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

LIBERTY LEGAL FOUNDATION;
JOHN DUMMETT;
LEONARD VOLODARSKY;
CREG MARONEY,

    Plaintiffs

    v.

NATIONAL DEMOCRATIC PARTY
of the USA, Inc.;
DEMOCRATIC NATIONAL
COMMITTEE;
TENNESSEE DEMOCRATIC PARTY;
DEBBIE WASSERMAN SCHULTZ;
CHIP FORRESTER,

    Defendants

CASE NO: 2:12-cv-02143-cgc

On Notice of Removal of Case
No. CH-11-1757-3 from Chancery
Court for the State of Tennessee in
Shelby County

# PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR EXTENSION OF TIME

Rule 6(b)(1) of the Federal Rules of Civil Procedure states "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

Plaintiffs' have filed a motion to remand the instant case to Tennessee state court. Requiring Plaintiffs to respond to Defendants' multiple motions to dismiss

1

prior to this Court's ruling on Plaintiffs' motion to remand would be a waste of resources. For this reason the Plaintiffs respectfully request that this court extend Plaintiffs time to respond to the Defendants' several motions to dismiss. Should this Court deny Plaintiffs' motion to remand, Plaintiffs request 28 days following such order to prepare their response to the Defendants' pending motions to dismiss.

Respectfully submitted this 14th Day of March, 2012, by:

    s/Van R. Irion_____
Van R. Irion
TN BPR No. 024519
Liberty Legal Foundation
9040 Executive Park Dr., Ste. 200
Knoxville, TN 37923
(423) 208-9953
van@libertylegalfoundation.org
Attorney for Plaintiffs

## CERTIFICATE REGARDING CONSULTATION

Pursuant to this Court's Local Rule 7.2(a)(1)(B), counsel for the Plaintiffs hereby certifies that upon consultation with opposing counsel, accord could not be reached regarding the instant motion. Said consultation was made with attorneys Ben Gastel and Gerard Stranch via e-mail on March 5 and 6, 2012.

    _s/Van R. Irion_____
Van R. Irion
TN BPR No. 024519
Liberty Legal Foundation
9040 Executive Park Drive, Ste. 200
(423) 208-9953
van@libertylegalfoundation.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

    It is hereby certified that on March 14, 2012, a copy of "Plaintiffs' Motion for Extension of Time" was filed electronically. A copy of this motion will be served upon the Defendants through the Court's electronic filing system.

                                          _s/Van R. Irion_____
                                          Van R. Irion