Search TNDP.org    Search

- Sign Up
- Sign In



Tennessee Democratic Party

The Official Community for Tennessee's Democrats

- NEWS
- OUR PARTY
- VOTEBUILDER
- TAKE ACTION
- EVENTS
- FACEBOOK
- DONATE

# The State Executive Committee -- 2010 - 2014

## TNDP Party Officials

**Chip Forrester**
TNDP Chair
PO Box 60948
Nashville, TN 37206

chip@tndp.org

**Elisa Parker**
TNDP-Vice Chair
229 Chapelwood Drive
Franklin, TN 37069

parkere@realtracs.com

**Gale Jones Carson**
TNDP Secretary
3170 N Trezevant St
Memphis, TN 38127

Gale-TNDP@comcast.net

**David Garrison**
TNDP Treasurer
217 2nd Avenue, North
Nashville, TN 37201

dgarrison@barrettjohnston.com

**Sen. Lowe Finney**
Ex-Officio: Senate Caucus
2 Mimosa Dr
Jackson, TN 38301

sen.lowe.finney@capitol.tn.gov

**Rep. Mike Turner**
Ex-Officio: House Caucus
1408 Hadley Ave
Old Hickory, TN 37138

rep.mike.turner@capitol.tn.gov

## East Tennessee Regional Vice-Chairs

**Bradley Parish**
500 Ravenswood Drive
Kingston, TN 37763

brad@bradparish.com

**Sylvia Woods**
412 E Moody Ave
Knoxville, TN 37920

sylviawoodsknox@aol.com

## Middle Tennessee Regional Vice-Chairs

**Brenda Ables**
15 Gunter Hollow Rd
Fayetteville, TN 37334

bables772@gmail.com

**David Harper**
8573 Middle Fork Rd
Hartsville, TN 37074

davidr@nctc.com

## West Tennessee Regional Vice-Chairs

**Diane Davis**
741 Damron Loop
Counce, TN 38326

damron@centurytel.net

**Don Farmer**
2132 Hunter Hts
Milan, TN 38358

don.farmer@hotmail.com

## Ex-Officio

**Jimmie Sue Staten**
*Tennessee Federation of Democratic Women*
151 Railroad Ave.
Huntingdon, Tn. 38344

**Sean Braisted**
*Tennessee Young Democrats*
202 Fall Street
Nashville, TN 37206

**Jennifer Baldwin**
*Tennessee College Democrats*
915 Tommy Oliver RD

**Todd Sharp**
*TDCCA Chair*
1005 Malvern Rd
Franklin, TN 37069

sshuntingdon@bellsouth.net

*Liaison--Sonja Fox*

*2912 Newbern Dr.*
*Johnson City, TN 37604*

sfoxy01@aol.com

seantbr@gmail.com

Clarksville, TN 37042

jbaldwi8@utk.edu

tsharp3040@gmail.com

## Executive Committee Members

**Marjorie Ramsey**
District 1
2295 Highway 160
Newport, TN 37821

maketraxx@hotmail.com

**Linda Dotson**
District 2
221 Trace Ct.
Kingsport, TN 37644

**Pamela Harris**
District 3
131 Nuckles Dr.
Jonesborough, TN 37659

pamharristn@hotmail.com

**Dr. Joyce Hopson**
District 4
2305 Highway 25 E S
Tazewell, TN 37879
(423 )626-5835
joyce_hme@yahoo.com

**Dixie Damm**
District 5
3000 Sandy Shore Drive
Lenoir City, TN 37772

mzdix10@gmail.com

**Sylvia Woods**
District 6
412 E Moody Ave
Knoxville, TN 37920

sylviawoodsknox@aol.com

**Gayle Alley**
District 7
P. O. Box 52432
Knoxville, TN 37950

gayle.alley@netzero.com

**Barbara Wagner**
District 8
413 Ingle Hollow Road
Sevierville, TN 37876

bntwagner@aol.com

**Sally Love**

**Mike Hampton**
District 1
502 N. Mohawk Dr.
Erwin, TN 37650

smalltownmikey@hotmail.com

**Bruce Dotson**
District 2
221 Trace Ct.
Kingsport, TN 37644

rbdotson@charter.net

**Michael W. Lane**
District 3
101 Shell Hollow Rd
Watauga, TN 37694

popster.mike@gmail.com

---------------
District 4

**Richard Dawson**
District 5
615 Eagle Bend Rd.
Clinton, TN 37716

dc9dawson@bellsouth.net

**Harold Woods**
District 6
412 E Moody Ave
Knoxville, TN 37920

haroldgwoods@aol.com

**William Owen**
District 7
601 W Summit Hill Dr Ste 200B
Knoxville, TN 37902

wandgowen@aol.com

**Dan Lawson**
District 8
333 Waters Rd
Maryville, TN 37803

mtn2seas@gmail.com

**Jim Bilbo**
District 9
PO Box 62
Cleveland, TN 37364

jimbilbo@bilbolaw.com

District 9
226 Porter Rd
Ocoee, TN 37361

sallyclove@yahoo.com

**Chantelle Roberson**
District 10
1020 Talley Rd
Chattanooga, TN 37411

chanroberson@gmail.com

**Sandra Lusk**
District 11
212 N. Palisades Dr.
Signal Mount, TN 37377

sandy@epbfi.com

**Martha Beaty Wiley**
District 12
PO Box 36
Allardt, TN 38504
(931) 879-8521
mimiw@twlakes.net

**Brenda Ables**
District 13
15 Gunter Hollow Rd
Fayetteville, TN 37334

bables772@gmail.com

**Betty Fraley**
District 14
1350 Bible Crossing Rd
Winchester, TN 37398

bfraley@bellsouth.net

**Dr.Geeta McMillan**
District 15
1283 Old Kentucky Rd
Sparta, TN 38583

gmcmillan@blomand.net

**Kristen Cullen**
District 16
618 Windlewood Cir.
Symrna, TN 37167

kristenmcullen@yahoo.com

**Mary Patterson**
District 17
6096 Benders Ferry Rd
Mount Juliet, TN 37122

marypat9@comcast.net

**Jeanette Jackson**
District 18
115 Woodyside Rd
Hendersonville, TN 37075

tony.jackson@cumulus.com
scdw_president@comcast.net

**Inez Crutchfield**

**Chris Anderson**
District 10
1903 E. 12th Stt.
Chattanooga, TN 37404

chrisandersontn@gmail.com

**Terry Lee**
District 11
7533 Mahan Gap Rd
Ooltewah, TN 37363

tlee7533@hotmail.com

**Bradley Parish**
District 12
500 Ravenwood Dr.
Kingston, TN 37763
brad@bradparish.com

**Guy Derryberry**
District 13
1991 Rock Springs Rd.
Columbia, TN 38401

guyznloried@charter.net

**Paul Davis**
District 14
1026 Smartt Station Rd
Morrison, TN 37357

--

**Dennis Gregg**
District 15
185 Hood Dr
Crossville, TN 38555

dennisgregg@gmail.com

**Mark Farrar**
District 16
220 Farrar Rd.
Shelbyville, TN 37160

mfarrar712@aol.com

**David Harper**
District 17
8573 Middle Fork Rd
Hartsville, TN 37074

davidr@nctc.com

**Bill Bassett**
District 18
1054 Hartsville Pike Apt 14
Gallatin, TN 37066

minbonbas@yahoo.com

**Jerry Maynard**
District 19
941 35th Ave N
Nashville, TN 37209
--
jerrymaynardii@yahoo.com

**David Briley**
District 20

District 19
3507 Geneva Cir
Nashville, TN 37209

--

**Angelia Cannon**
District 20
3281 Freeman Hollow Rd
Goodlettsville, TN 37072

angelia.cannon@gmail.com

**Doris Medlin**
District 21
4487 Post Pl Apt 73
Nashville, TN 37205

doris.medlin@comcast.net

**Kim Smith**
District 22
2538 Elkmount Dr.
Clarksville, TN 37040

kimsmith1988@gmail.com

**Elisa Parker**
District 23
229 Chapelwood Drive
Franklin, TN 37069

parkere@realtracs.com

**Paige Burcham-Carlton**
District 24
161 Cedar St
Union City, TN 38261

burchampaige@aol.com

**Martha Shepard**
District 25
204 Mccreary Hts
Dickson, TN 37055

marthashep@bellsouth.net

**Diane Davis**
District 26
741 Damron Loop
Counce, TN 38326

damron@centurytel.net

**Patsy R. Johnson**
District 27
42 Arbor Oak Drive

Jackson, TN 38305

prjtnd@bellsouth.net

**Gale Jones Carson**
District 28
3170 N Trezevant St
Memphis, TN 38127

3804 Brush Hill Rd.
Nashville, TN 37216

dbriley@bonelaw.com

**Will Cheek**
District 21
712 Enquirer Ave
Nashville, TN 37205

cheekj@comcast.net

**Keith Jackson**
District 22
125 Allenwood Dr
Clarksville, TN 37043

ekjackson1296@msn.com

**Jonathan Faill**
District 23
501 Windcrest Ct
Franklin, TN 37069

jfaill@comcast.net

**Toney Campbell**
District 24
569 Highway 100 W.
Decaturville, TN 38329

toneyc@tds.net

**Richard Dunavant**
District 25
1340 Chicken Creek Rd.
Pulaski, TN 38478

richard.dunavant@gmail.com

**Mike Kiddy**
District 26
170 Moonshine Ln
Savannah, TN 38372

outletsells@yahoo.com

**Don Farmer**
District 27
2132 Hunter Hts
Milan, TN 38358

Don.farmer@hotmail.com

**J.M. Bailey**
District 28
3983 Otter Dr
Memphis, TN 38128

javierbailey@gmail.com

**Henry Hooper**
District 29
781 River Park Dr
Memphis, TN 38103

henry.hooper.b1vv@statefarm.com

**Kevin Gallagher**
District 30
1680 Beard Place

Gale-TNDP@comcast.net

**Joyce Adams**
District 29
2366 Vista Dr
Memphis, TN 38114

--

**Maura Black Sullivan**
District 30
80 N. Reese St.
Memphis, TN 38111

maurablack@hotmail.com

**Adrienne Pakis-Gillon**
District 31
2111 Prestwick Dr.
Germantown, TN 38139

apakis@earthlink.net

**Gladys Crain**
District 32
PO Box 97
Halls, TN 38040

mcarmour7592@yahoo.com

**Hazel Moore**
District 33
1799 Westmore St
Memphis, TN 38106

--

Memphis, TN 38112

kag1@bellsouth.net

**Dwayne Thompson**
District 31
8398 Shingle Oaks Dr.
Cordova, TN 38018

Hdwaynethompson@hotmail.com

**Roger Warmath**
District 32
862 Oil Mill Rd
Covington, TN 38019

rwwarmath@bellsouth.net

**Sidney Chism**
District 33
5335 Bethune Cv
Memphis,TN 38109

chismmem@bellsouth.net

ShareTwitterFacebook

Like  2

Welcome to
Tennessee Democratic Party

**Sign Up**
or Sign In

Or sign in with:

- 
- 
- 





© 2012   Created by TNDP.

Badges | Report an Issue | Terms of Service

Case 2:12-cv-02143-STA-cgc   Document 21-1   Filed 05/03/12   Page 6 of 6   PageID 220

© 2012   Created by TNDP.