IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LIBERTY LEGAL FOUNDATION, JOHN DUMMETT, LEONARD VOLODARSKY, CREG MARONEY, <br><br>      Plaintiffs, <br> vs. <br><br> NATIONAL DEMOCRATIC PARTY OF THE USA, INC., DEMOCRATIC NATIONAL COMMITTEE, TENNESSEE DEMOCRATIC PARTY, DEBBIE WASSERMAN SCHULTZ, and CHIP FORRESTER, <br><br>      Defendants. | Case No.  2:12-cv-02143-cgc <br><br> Removal of Case No. CH-11-1757-3 From Chancery Court for the State of Tennessee in Shelby County |

## NOTICE OF FILING OF DECLARATION

Defendants, the Tennessee Democratic Party ("TNDP"), and Chip Forrester (collectively the "TNDP Defendants"), hereby give notice of the filing of the Declaration of Benjamin A. Gastel offered in support of the TNDP Defendant's Consolidated Motion For and Memorandum in Support of Sanctions filed contemporaneously herewith.  A copy of the declaration is attached hereto as Exhibit 1.

Submitted this 25th day of May, 2012.

251612                                                    1

By:   /s/ J. Gerard Stranch, IV
J. Gerard Stranch, IV (BPR #023045)
Benjamin A. Gastel (BPR# 028699)
BRANSTETTER, STRANCH
 & JENNINGS, PLLC
227 Second Avenue North, 4th Floor
Nashville, TN 37201-1631
Telephone: 615/254-8801
Facsimile:  615/250-3932
gerards@branstetterlaw.com
beng@branstetterlaw.com

*Counsel for the Tennessee Democratic Party and Chip Forrester*

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served via the Court's CM/ECF system, on May 25, 2012, upon:

Van Irion
Liberty Legal Foundation
9040 Executive Park Dr., Ste. 200
Knoxville, TN 37923

/s/   J. Gerard Stranch, IV
J. Gerard Stranch, IV

251612                                        2