IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LIBERTY LEGAL FOUNDATION, JOHN DUMMETT, LEONARD VOLODARSKY, CREG MARONEY, <br><br> Plaintiffs, <br> vs. <br><br> NATIONAL DEMOCRATIC PARTY OF THE USA, INC., DEMOCRATIC NATIONAL COMMITTEE, TENNESSEE DEMOCRATIC PARTY, DEBBIE WASSERMAN SCHULTZ, and CHIP FORRESTER, <br><br> Defendants. | Case No.  2:12-cv-02143-cgc <br><br> Removal of Case No. CH-11-1757-3 From Chancery Court for the State of Tennessee in Shelby County |

## DECLARATION OF BENJAMIN A. GASTEL

1.  I am over the age of 18 and make this declaration based on my own personal knowledge. I am an attorney of record for the Tennessee Democratic Party (the "TNDP") and Chip Forrester (collectively the "TNDP Defendants") in the above-styled case.  I make this declaration in support of the TNDP Defendants' Motion for Sanctions filed contemporaneously herewith.

2.  A copy of the Rule 11 letter sent by the TNDP Defendants' counsel giving notice of intent to seek Rule 11 sanctions is attached hereto as Exhibit A.

3.  A copy of Plaintiffs' counsel's email in response to that letter is attached hereto as Exhibit B.

4.  A true and correct copy of documents obtained from the Tennessee Secretary of State related to the Defendant, the NDC USA, Inc., is attached hereto as Exhibit C.

5.   A true and correct copy of the current version of the TNDP's bylaws, attached hereto as Exhibit D, can be accessed from the TNDP's publically available website at:

http://tndp.org/docs/ByLaws/00-TNDP%20Bylaws_10-01-2011.pdf

6.   A true and correct copy of summons filed by the Plaintiffs in the Shelby County Chancery Court is attached as Exhibit E.

7.   A true and correct copy of documents procured from the PACER system in the case of *Liberty Legal Foundation, et al. v. Nat. Dem. Party of the USA, Inc. et al.*, Case No. 2:11-cv-02089 (D. Ariz.) are attached as Exhibit F.

I declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the foregoing is true and correct.

Executed on this 25th day of May 2012, in Davidson County, Tennessee.

BENJAMIN A. GASTEL

**EXHIBIT A**

BRANSTETTER, STRANCH & JENNINGS, PLLC

ATTORNEYS AT LAW
227 SECOND AVENUE NORTH
FOURTH FLOOR
NASHVILLE, TENNESSEE 37201-1631
TELEPHONE (615) 254-8801 – FACSIMILE (615) 250-3937

CECIL D. BRANSTETTER, SR.
C. DEWEY BRANSTETTER, JR.
RANDALL C. FERGUSON
R. JAN JENNINGS*
JOE P. LENISKI, JR.
DONALD L. SCHOLES
STEVEN J. SIMERLEIN **
MIKE STEWART
JAMES G. STRANCH, III
J. GERARD STRANCH, IV
MICHAEL J. WALL

ASSOCIATES:
BEN GASTEL*
STACEY K. SKILLMAN ***

OF COUNSEL:
ROBERT E. RICHARDSON, JR. ****

\*      ALSO ADMITTED IN GA
\*\*     ALSO ADMITTED IN CA
\*\*\*    ALSO ADMITTED IN KY
\*\*\*\*   ONLY ADMITTED IN OH

March 1, 2012

*VIA U.S. MAIL*

Van Irion
Liberty Legal Foundation
9040 Executive Park Dr., Ste. 200
Knoxville, TN 37923

**In re:**   **NOTICE OF INTENT TO SEEK RULE 11 SANCTIONS**
    ***Liberty Legal Foundation, et al., v. National Democratic Party***
    ***of the USA, Inc., et al.,*** **Case No. 2:12-cv-02143 On Removal From Case No.**
    **CH-11-1757-3**

Dear Van:

This letter is sent pursuant to Rule 11 of the Federal Rules of Civil Procedure and Tennessee Rules of Civil Procedure.[1]   This letter is being sent on behalf of the Tennessee Democratic Party (the "TNDP") – which you have failed to serve in the above referenced lawsuit.

On January 20, 2012 you filed a First Amended Class Action Complaint for Declaratory and Injunctive Relief (the "Amended Complaint"), a Motion for Preliminary Injunction along with a related brief in support thereof (collectively the "Injunction Motion"), and a Motion for Default Judgment along with a related brief in support thereof (collectively the "Default Motion").  For the reasons identified, you clearly filed these papers in violation of Rule 11 in that these papers are either: 1) offered for an improper purpose; 2) the legal claims are not warranted under existing law and are frivolous; and/or 3) the allegations are not likely to find evidentiary support.

Given the numerous times the claims asserted in the Amended Complaint have been litigated throughout the country over the last several years, your Amended Complaint and related Injunction Motion are meritless and have no basis in law or fact.  As a result, and pursuant to the

---

[1] Although you filed in state chancery court, the complaint obviously raises federal constitutional questions and accordingly we removed the case to federal court.  Therefore, you should consider this either as a request under Rule 11 of the Federal Rules or the state rules, depending on which court ultimately will hear the merits of your Amended Complaint and Injunction Motion.

245310

**EXHIBIT**

*A*

Van Irion
March 1, 2012
Page 2

TNDP's rights under both the Federal Rules of Civil Procedure and the Tennessee Rules of Civil Procedure, we demand that you immediately withdraw your Amended Complaint and Injunction Motion. Additionally, as described further in this letter, your Default Motion is groundless and simply unsupported by facts and law and should be withdrawn immediately. Otherwise, we will proceed with obtaining Rule 11 sanctions.

Below is a list of the numerous frivolous issues and sanctionable conduct contained within the papers you filed with the Court – for a more detailed review of the deficiencies both factual and legal, see also the three separate motions filed today in the Western District of Tennessee:

1.  Improperly Named Defendant: As you should have determined from a reasonable investigation, the National Democratic Party of the USA, Inc. ("NDC USA, Inc.") is not a party in interest to this lawsuit because this entity has never been associated with the TNDP. The NDC USA, Inc. is apparently a mere sham organization, possibly organized by the Shelby County Republican Party, in order to use, without authorization and in bad faith, the name "National Democratic Party" for nefarious purposes like this lawsuit. As you should have learned through an investigation of the available public records held and posted on the Tennessee Secretary of State's website, other active names for the NDC USA, Inc. include the "Shelby County Republican Party, Inc." A reasonable person would have taken this to mean that the NDC USA, Inc. had no relationship with the TNDP or the National Democratic Party. Moreover, the Tennessee Secretary of State's website shows that the NDC USA, Inc.'s principal place of business is in Memphis and you are obviously aware that the TNDP is based in Nashville. Additionally, if you had conducted a reasonable investigation, you would have learned that the NDC USA, Inc. does not communicate with the Tennessee Secretary of State's Division of Elections for purposes of submitting names for inclusion on the state's election ballots. That function is the sole purpose of the TNDP. Taken together, these facts should have tipped off a reasonable person that the NDC USA, Inc. is not a proper party to this lawsuit. We believe you named this as a party defendant for the sole purpose of obtaining venue in Memphis. This organization has never been an authorized organization to do official Democratic Party business before any state or federal agency, and you should have been aware of that based on a reasonable investigation. We demand that you immediately dismiss this party from this action and move this case to a correct venue in Davidson County.

    Relatedly, since you knew or should have been aware that the NDC USA, Inc. did not represent either the national party or the state party, it seems that you also named them as a defendant to obtain a default judgment against them in order to leverage that against the remaining Democratic Party Defendants. It appears that this is not the first time that you have attempted this maneuver and that a show cause order has been issued against you for this conduct in Arizona. This is further supported by the manner in which you effectuated service in this case. Upon filing the original complaint, you served only the NDC USA, Inc. entity and

245310

Van Irion
March 1, 2012
Page 3

failed to serve Chip Forrester or Debbie Wasserman Schultz.  Once the time had passed for filing NDC USA, Inc.'s answer, you then amended your complaint to add the only real party in interest, the TNDP.  This is abuse of the judicial process at its worst, especially if it is eventually shown that you or someone you are familiar with are responsible for creating and operating the NDC USA, Inc.  Accordingly, you should immediately withdraw your Default Motion as it is not supported by law or facts, and will not serve to further this litigation in any way.

Finally, since you should have determined from a reasonable investigation that the TNDP is a separate entity from the Democratic National Committee, and that the TNDP – per state law – is solely responsible for submitting names for inclusion on the state's ballot, you should have known that the Democratic National Committee and its current Chairperson, Debbie Wasserman Schultz and Chip Forrester, are not proper parties to this lawsuit.  It appears you have named them for the sole purpose of harassing and intimidating these parties.  This is obviously an abuse of the judicial process and clear sanctionable conduct.  Accordingly, we demand that you dismiss them from this case.

2.  <u>Lack of Standing</u>: This is not the first time that litigants have attempted to challenge whether the President Obama is constitutionally qualified to hold the office of President of the United States.  Virtually every one of these cases have been dismissed for lack of standing.  *See e.g., Drake v. Obama,* 2011 U.S. App. LEXIS 25763 (9th Cir., December 22, 2011); *Kerchner v. Obama,* 612 F.3d 204 (3d. Cir. 2010); *Berg v. Obama,* 586 F.3d 234, 239 (3d Cir. 2009); *Taitz v. Obama,* 707 F. Supp. 2d 1 (D.D.C. 2010); *Wrotnowski v. Bysiewicz,* 289 Conn. 522 (Sup. Ct. Conn. 2008).  This is obviously only a sampling of the cases addressing the issue.  If you had conducted a reasonable investigation, you undoubtedly were aware of this case law against the standing of your organization and the named plaintiffs, and your suit fails to cure any of these previously-identified standing defects.  Accordingly, we demand that you withdraw your Amended Complaint and Injunction Motion immediately.

3.  <u>Lack of Legal Support</u>: Your Amended Complaint incorrectly alleges that the TNDP have an obligation to believe unfounded theories and that pursuant to this non-existent duty that you have the right to stop the TNDP, and specifically the TNDP, from submitting documents to the Tennessee Secretary of State Division of Elections.  You cite to no law, either at the federal or state level, that would give you the right to challenge this conduct or that imposes upon the TNDP such a duty.  Accordingly, your Amended Complaint is not based on a valid legal theory and is frivolous.  We demand that you withdraw your Amended Complaint and Injunction Motion immediately.

Additionally, the basis of your lawsuit is obviously the truth of the unsupported theory that President Obama is not a natural born citizen.  People have been peddling this theory for over four years but no court, rightfully so, has bought it.  These are frivolous challenges and fortunately have been repeatedly dismissed

Van Irion
March 1, 2012
Page 4

and in some cases sanctioned. *See e.g., Kerchner*, 612 F.3d 204 (sanctioning attempts to challenge President Obama's eligibility to hold the Office of the President.); *Rhodes v. Macdonald*, 2009 U.S. Dist. LEXIS 85485 (M.D. Ga. 2009) (same); *see also See Ankeny v. Governor*, 916 N.E.2d 678, 684-89 (Ind. Ct. App. 2008) (finding that President Obama is a natural born citizen qualified to hold the office of President of the United States); *Farrar, et. al. v. Obama*, Dkt. No. 1215136-60 (Ga. Secretary of State, 2012) (same). Given this precedent, and the fact that these suits have been unsuccessful in every venue where they have been filed, and the fact that your Amended Complaint involves the same allegations of these cases, we demand that you withdraw your Amended Complaint and the Injunction Motion immediately.

Moreover, your suit must fail because it challenges the internal workings of a state political party. As you should be aware from a reasonable investigation of the relevant case law, the TNDP has a "First Amendment right to choose its own candidate for the general election." *Kurita v. State Primary Bd. of the Tenn. Democratic Party*, Case No. 3:08-0948, 2008 U.S. Dist. LEXIS 83278 citing *California Democratic Party v. Jones*, 530 U.S. 567, 575, 120 S. Ct. 2402, 147 L. Ed. 2d 502 (2000). Accordingly, you should know that your suit cannot be successful as it would constitute an unconstitutional intrusion into the TNDP's rights under the United States Constitution, and we demand that you withdraw your Amended Complaint and the Injunction Motion immediately.

Finally, as you should have discovered through a reasonable search, you cannot challenge the qualifications of a candidate for President of the United States until after that candidate is elected and the Electoral College vote is certified by the United States Congress. Whether a candidate is qualified to hold the office of President of the United States is committed in the first instance to the electorate and then to the United States Congress, which under federal law is charged with certifying the results of the Electoral College vote. "Judicial review -- if any -- should occur only after the electoral and Congressional processes have run their course." *Robinson v. Bowen*, 567 F. Supp. 2d 1144, 1147 (N.D. Cal. 2009) citing *Texas v. United States*, 523 U.S. 296, 300-02, 118 S. Ct. 1257, 140 L. Ed. 2d 406 (1998). Since your suit attempts to short-circuit this process, it cannot be successful, and we demand that you withdraw your Amended Complaint immediately.

4. <u>Your Position Is Contrary to United States Supreme Court Precedent</u>: You allege that President Obama is not constitutionally qualified to hold the office of President of the United States because his father was not a United States citizen. (Amended Complaint ¶ 9-12.) As you should be aware from a reasonable search of relevant case law, this position is unsupported by United States Supreme Court precedent. In fact, one case alleging almost identical allegations as your suit, summarized this precedent and concluded that President Obama met the constitutional qualifications to hold the office of President of the United States. *See Ankeny v. Governor*, 916 N.E.2d 678 (Ind. Ct. App. 2009); *see also Farrar et.*

245310

Van Irion
March 1, 2012
Page 5

*al. v. Obama*, Dkt. No. 1215136-60 (Ga. Sec. of State) (Feb. 3, 2012). Specifically, and as outlined in *Ankeny*, the Court held that *United States v. Wong Kim Ark*, 168 U.S. 649 (1898) did not require that a natural born citizen had to be born in the United States and have both parents be citizens of the United States. You cite *Wong Kim Ark* in your complaint (para. 13) but clearly you have misread the central holding of this case. Accordingly, given that your position finds no support in relevant case law, you should withdraw your Amended Complaint immediately.

Based on the foregoing, we demand that you withdraw your Amended Complaint, the Injunction Motion, and the Default Motion immediately. If you fail to do so, we plan to seek sanctions for your filing frivolous claims in clear violation of your duties imposed under Rule 11.

Sincerely,

*w/ permission by*

J. Gerard Stranch, IV
*Counsel for the TNDP*

JGSiv:sb

245310

**EXHIBIT B**

**Lisa Meisinger**

| | |
|---|---|
| **From:** | Van Irion <van@libertylegalfoundation.org> |
| **Sent:** | Monday, March 19, 2012 9:22 AM |
| **To:** | Gerard Stranch |
| **Cc:** | 'Dawn Irion'; Ben Gastel |
| **Subject:** | RE: Liberty Legal Foundation, et al v. National Democratic Party of the USA, Inc., Case No. 2:12-CV-02143 |

Gerry,

Regarding your letter of "Notice of intent to seek rule 11 sanctions," you are hereby notified of the following facts:

Prior to filing with the Chancery Court I performed a search for "Democratic Party" and "National Democratic Party" using the Tennessee Secretary of State's internet search page. The National Democratic Party of the USA Inc., (NDPUSA) was the only entity that the SOS identified.

At the time I performed the search, and at the time of filing, I had no knowledge regarding the location of the TNDP. I assumed that the TNDP has offices throughout the State.

I have no knowledge regarding why the NDPUSA was formed, nor do I have any relationship with any of its organizers.

I have no way of knowing whether the factual allegations in your notice regarding the NDPUSA are true or not.

Neither Liberty Legal Foundation nor any party to this case have any reason to prefer Memphis as the venue for this case. I have no personal knowledge regarding the political tendencies of any judge in the Shelby County Chancery Court.

I spoke to a staffer at the Tennessee Secretary of State's Office regarding standard operating procedures for Presidential elections. That staffer informed me that the National Democratic Party always sends a notice to all Secretaries of State certifying the name of the Party's candidate. That staffer also informed me that without such certification from the national Party organization, the SOS would not put the Party's candidate's name on the Tennessee ballot.

Van Irion
Co-Founder, Lead Counsel
LIBERTY LEGAL FOUNDATION
9040 Executive Park Drive, Suite 200
Knoxville, TN 37923
Phone/Fax: 423-208-9953
www.libertylegalfoundation.net





EXHIBIT

B

1

**From:** Gerard Stranch [mailto:gerards@branstetterlaw.com]
**Sent:** Tuesday, March 06, 2012 10:49 AM
**To:** Van Irion; Ben Gastel
**Cc:** 'Dawn Irion'
**Subject:** RE: Liberty Legal Foundation, et al v. National Democratic Party of the USA, Inc., Case No. 2:12-CV-02143

Van,

We obviously cannot agree to a wholesale delay in your response dates until 28 days after remand is ruled upon.  We believe that your lawsuit clearly raises a federal question and as such a remand petition is inappropriate.  Also, our clients want their motions to be ruled upon as quickly as possible.  However, if you need extra time to respond to the three motions, then let me know how many additional days you think you need and we can work that out.

On another note, have you considered dismissing the Democratic national party, Inc. from the lawsuit yet?

Gerard

**From:** Van Irion [mailto:van@libertylegalfoundation.org]
**Sent:** Monday, March 05, 2012 7:25 PM
**To:** Ben Gastel
**Cc:** Gerard Stranch; 'Dawn Irion'
**Subject:** FW: Liberty Legal Foundation, et al v. National Democratic Party of the USA, Inc., Case No. 2:12-CV-02143

Ben,

We are also filing a motion to extend time to file our response to your motions to dismiss in the above referenced case. Our motion will request an extension of 28 days after the Court rules on our motion to remand. Let me know if your clients will agree to that extension of time.

Van Irion
Co-Founder, Lead Counsel
LIBERTY LEGAL FOUNDATION
9040 Executive Park Drive, Suite 200
Knoxville, TN 37923
Phone/Fax: 423-208-9953
www.libertylegalfoundation.net

**From:** Van Irion [mailto:van@libertylegalfoundation.org]
**Sent:** Monday, March 05, 2012 6:36 PM
**To:** 'Ben Gastel'
**Cc:** 'Gerard Stranch'; 'Dawn Irion'
**Subject:** RE: Liberty Legal Foundation, et al v. National Democratic Party of the USA, Inc., Case No. 2:12-CV-02143

Ben,

We are filing a motion to remand in the above referenced case. Let me know if your clients will agree that the case should be remanded to the Tennessee Chancery court.

Van Irion
Co-Founder, Lead Counsel
LIBERTY LEGAL FOUNDATION
9040 Executive Park Drive, Suite 200

Knoxville, TN 37923
Phone/Fax: 423-208-9953
www.libertylegalfoundation.net

**From:** Ben Gastel [mailto:beng@branstetterlaw.com]
**Sent:** Friday, March 02, 2012 11:52 AM
**To:** van@libertylegalfoundation.com
**Cc:** Gerard Stranch; Susan Bryant
**Subject:** Liberty Legal Foundation, et al v. National Democratic Party of the USA, Inc., Case No. 2:12-CV-02143

Van,

After we filed yesterday, we realized that you were not admitted to the Western District and therefore were not registered with the Western District's CM/ECF system.  Therefore, we assume that you did not receive our filings yesterday.  As a courtesy we provide copies of all documents filed yesterday.  Also attached is a copy of a Rule 11 letter that was placed in the mail yesterday and a cover letter accompanying the service copies of the filings.  Should you have any problems with the attachments, please let me know.

Warmest Regards,

Ben

Ben Gastel
**Branstetter, Stranch & Jennings, PLLC**
227 Second Ave. N.
Fourth Floor
Nashville, TN 37061-1631
P: 615.254.8801
F: 615.255.5419

IMPORTANT: This communication from the law firm of Branstetter, Stranch & Jennings, PLLC is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and contains information that may be confidential and privileged. Be advised that if you are not the intended recipient(s), any dissemination, distribution or copying of this communication is prohibited. Please notify the undersigned immediately by telephone or return e-mail.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**EXHIBIT C**



**STATE OF TENNESSEE**
**Tre Hargett, Secretary of State**
Division of Business Services
William R. Snodgrass Tower
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

BRANSTETTER STRANCH & JENNINGS, PLLC
FL 4
227 2ND AVE N
NASHVILLE, TN 37201-1631

**Request Type: Certified Copies**                        Issuance Date:      02/02/2012
Request #:       57799                                        Copies Requested:  1

### Document Receipt

Receipt # :  620009                                          Filing Fee:        $20.00

Payment-Check/MO  -  BRANSTETTER STRANCH & JENNINGS, PLLC, NASHVILLE, TN          $20.00

I, Tre Hargett, Secretary of State of the State of Tennessee, do hereby certify that **National Democratic Party of the USA Inc.**, Control # 640511 was formed or qualified to do business in the State of Tennessee on 09/21/2010. National Democratic Party of the USA Inc. has a home jurisdiction of SHELBY COUNTY and is currently in an Active status.

*Tre Hargett*

Tre Hargett
Secretary of State

Processed By:  Sheila Keeling

The attached document(s) was/were filed in this office on the date(s) indicated below:

| Reference # | Date Filed | Filing Description |
|---|---|---|
| 6772-2927 | 09/21/2010 | Initial Filing |
| 6772-2929 | 09/21/2010 | Assumed Name |
| 6772-2931 | 09/21/2010 | Assumed Name |
| 6772-2933 | 09/21/2010 | Assumed Name |
| 6772-2935 | 09/21/2010 | Assumed Name |
| A0082-1920 | 06/02/2011 | Notice of Determination |
| A0087-1209 | 08/05/2011 | 2010 Annual Report  (Due 04/01/2011) |



EXHIBIT

C

Phone 615-741-6488  *  Fax (615) 741-7310  *  Website: http://tnbear.tn.gov/



**State of Tennessee**

**Department of State**
Corporate Filings
312 Eighth Avenue North
6th Floor, William R. Snodgrass Tower
Nashville, TN 37243

**C H A R T E R**
(For-Profit Corporation)



For Office Use Only

2010 SEP 21  AM 9: 48

TRE HARGETT
SECRETARY OF STATE

6772 · 2927

The undersigned acting as incorporator(s) of a for-profit corporation under the provisions of the Tennessee Business Corporation Act adopts the following Articles of Incorporation.

1.  The name of the corporation is:

National Democratic Party of the USA Inc.

**[NOTE: Pursuant to Tennessee Code Annotated § 48–14–101(a)(1), each corporation name must contain the words *corporation, incorporated,* or *company* or the abbreviation *corp., Inc.,* or *co.*]**

2.  The number of shares of stock the corporation is authorized to issue is: 100 million

3.  The name and complete address of the corporation's initial registered agent and office located in the State of Tennessee is:

National Democratic Party of the USA Inc.

| ( Name )<br>3250 Commercial Pkwy Suite 3252 | Memphis | **TN** TN |
|---|---|---|
| ( Street Address )<br>Shelby | (City) | (State/Zip Code) |
| ( County ) | | |

4.  List the name and complete address of each incorporator:

M. LaTroy Williams       3250 Commercial Pkwy Suite 3258 ,Memphis, TN 38116
( Name )                            ( Include: Street Address, City, State and Zip Code )

( Name )                            ( Street Address, City, State and Zip Code )

( Name )                            ( Street Address, City, State and Zip Code )

5.  The complete address of the corporation's principal office is:

| 3250 Commercial Pkwy Suite 3252 | Memphis | TN Shelby 38116 |
|---|---|---|
| ( Street Address ) | ( City ) | ( State/County/Zip Code ) |

6.  The corporation is for profit.

7.  If the document is not to be effective upon filing by the Secretary of State, the delayed effective date and time are:

Date  September 20              2010           , Time  12:00 noon              (Not to exceed 90 days.)

8.  Other provisions:

To raise funds, Nominate and Elect Democrats in all 50 states in the United States.

9-16-10
Signature Date

Incorporator's Signature

M. LaTroy Williams
Incorporator's Name *(typed or printed)*

SS-4417 (Rev. 9/04)                    Filing Fee: $100                    RDA 1678



**State of Tennessee**

**Department of State**
Corporate Filings
312 Eighth Avenue North
6th Floor, William R. Snodgrass Tower
Nashville, TN 37243

**APPLICATION FOR
REGISTRATION OF
ASSUMED CORPORATE
NAME**



For Office Use Only

2010 SEP 21 AM 9: 48

TRE HARGETT
SECRETARY OF STATE

6772.2929

Pursuant to the provisions of Section 48-14-101(d) of the Tennessee Business Corporation Act or Section 48-54-101(d) of the Tennessee Nonprofit Corporation Act, the undersigned corporation hereby submits this application:

1. The true name of the corporation is ___National Democratic Party of the USA Inc.___

2. The state or country of incorporation is ___Tennessee___.

3. The corporation intends to transact business in Tennessee under an assumed corporate name.

4. The assumed corporate name the corporation proposes to use is
___Non-Partisan Coalition for Better Government___.

[**NOTE:** The assumed corporate name must meet the requirements of Section 48-14-101 of the Tennessee Business Corporation Act or Section 48-54-101 of the Tennessee Nonprofit Corporation Act.]

___Sept. 16, 2010___   ___Non-Partisan Coalition for Better Government___
Signature Date                        Name of Corporation

___Consultant and Advisor___
Signer's Capacity                     Signature

                                      ___M. LaTroy Williams___
                                      Name (typed or printed)

SS-4402 (Rev. 4/01)          Filing Fee: $20          RDA1720



**State of Tennessee**

**Department of State**
Corporate Filings
312 Eighth Avenue North
6th Floor, William R. Snodgrass Tower
Nashville, TN 37243

**APPLICATION FOR REGISTRATION OF ASSUMED CORPORATE NAME**

For Office Use Only
2010 SEP 21 AM 9: 49
TRE HARGETT
SECRETARY OF STATE

6772.2931

Pursuant to the provisions of Section 48-14-101(d) of the Tennessee Business Corporation Act or Section 48-54-101(d) of the Tennessee Nonprofit Corporation Act, the undersigned corporation hereby submits this application:

1. The true name of the corporation is ___National Democratic Party of the USA Inc.___

2. The state or country of incorporation is ___Tennessee___

3. The corporation intends to transact business in Tennessee under an assumed corporate name.

4. The assumed corporate name the corporation proposes to use is
___Shelby County Republican Party Inc.___

[**NOTE**: The assumed corporate name must meet the requirements of Section 48-14-101 of the Tennessee Business Corporation Act or Section 48-54-101 of the Tennessee Nonprofit Corporation Act.]

___Sept. 16, 2010___
Signature Date

___Consultant and Advisor___
Signer's Capacity

___Shelby County Republican Party Inc.___
Name of Corporation

_____
Signature

___M. LaTroy Williams___
Name (typed or printed)

SS-4402 (Rev. 4/01)          Filing Fee: $20          RDA1720



## State of Tennessee

**Department of State**
Corporate Filings
312 Eighth Avenue North
6th Floor, William R. Snodgrass Tower
Nashville, TN 37243

**APPLICATION FOR
REGISTRATION OF
ASSUMED CORPORATE
NAME**

For Office Use Only
2010 SEP 21 AM 9: 49

TRE HARGETT
SECRETARY OF STATE



6772.2933

Pursuant to the provisions of Section 48-14-101(d) of the Tennessee Business Corporation Act or Section 48-54-101(d) of the Tennessee Nonprofit Corporation Act, the undersigned corporation hereby submits this application:

1. The true name of the corporation is ___National Democratic Party of the USA Inc.___

2. The state or country of incorporation is ___Tennessee___

3. The corporation intends to transact business in Tennessee under an assumed corporate name.

4. The assumed corporate name the corporation proposes to use is
___Democratic Coalition Inc.___

**[NOTE:** The assumed corporate name must meet the requirements of Section 48-14-101 of the Tennessee Business Corporation Act or Section 48-54-101 of the Tennessee Nonprofit Corporation Act.**]**

___September 16, 2010___
Signature Date

___Consultant and Advisor___
Signer's Capacity

___Democratic Coalition Inc.___
Name of Corporation

Signature

___M. LaTroy Williams___
Name (typed or printed)

SS-4402 (Rev. 4/01)                    Filing Fee: $20                    RDA1720



# State of Tennessee

## Department of State
Corporate Filings
312 Eighth Avenue North
6th Floor, William R. Snodgrass Tower
Nashville, TN 37243

## APPLICATION FOR REGISTRATION OF ASSUMED CORPORATE NAME

For Office Use Only

2010 SEP 21  AM 9: 49

TRE HARGETT
SECRETARY OF STATE

6772.2935

Pursuant to the provisions of Section 48-14-101(d) of the Tennessee Business Corporation Act or Section 48-54-101(d) of the Tennessee Nonprofit Corporation Act, the undersigned corporation hereby submits this application:

1. The true name of the corporation is   National Democratic Party of the USA Inc.

2. The state or country of incorporation is   Tennessee

3. The corporation intends to transact business in Tennessee under an assumed corporate name.

4. The assumed corporate name the corporation proposes to use is
Democratic Party of Tennessee Inc.

[**NOTE:** The assumed corporate name must meet the requirements of Section 48-14-101 of the Tennessee Business Corporation Act or Section 48-54-101 of the Tennessee Nonprofit Corporation Act.]

September 16, 2010
Signature Date

Democratic Party of Tennessee Inc.
Name of Corporation

Consultant and Advisor
Signer's Capacity

Signature

M. LaTroy Williams
Name (typed or printed)

SS-4402 (Rev. 4/01)          Filing Fee: $20          RDA1720



**STATE OF TENNESSEE**
**Tre Hargett, Secretary of State**
Division of Business Services
William R. Snodgrass Tower
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

**National Democratic Party of the USA Inc.**
RE: National Democratic Party of the USA Inc.
3250 Commercial Pkwy
Suite 3252
Memphis, TN 38116

Image # A0082-1920

Issuance Date:  June 2, 2011

**RE:  Notice of Determination for National Democratic Party of the USA Inc.**

Control #   640511

Dear Business Entity:

Pursuant to the provisions of Sections 48-24-201 or 48-25-301 of the Tennessee Business Corporation Act or Sections 48-64-201 or 48-65-301 of the Tennessee Nonprofit Corporation Act, it has been determined that the following ground(s) exist(s) for the administrative dissolution of the above corporation, if a Tennessee corporation, or the revocation of its certificate of authority, if a foreign corporation:

The annual report which was due on or before 04/01/2011 has not been filed.  You may generate the annual report form from our website [http://TNBear.TN.gov/AR] and either file it electronically or mail the paper document to the Tennessee Secretary of State at the address noted on the annual report form.

If each ground for dissolution or revocation is not corrected or proven not to exist within two (2) months after the issuance date of this notice, the business entity and any associated assumed name(s) shall be administratively dissolved or may have its certificate of authority revoked, as appropriate.

If you have questions, please contact us at the number noted below.

Sincerely,

Business Services Division

Phone (615) 741-2286 * Fax (615) 741-7310 * Website: http://tnbear.tn.gov/

# Tennessee Corporation Annual Report Form

AR Filing #: 02710045
Status: Complete

**File online at: http://TNBear.TN.gov/AR**

Due on/Before: 04/01/2011        Reporting Year: 2010

This Annual Report has been successfully paid for and submitted. Your Annual Report will be reviewed by Business Services and filed within 48 hours. Please keep this report for your records.

**Annual Report Filing Fee Due:**
$20 if no changes are made in block 3 to the registered agent/office, or
$40 if any changes are made in block 3 to the registered agent/office

---

**SOS Control Number:** 640511
**Corporation For-Profit - Domestic**        **Date Formed:** 09/21/2010        **Formation Locale:** Shelby County

**(1) Name and Mailing Address:**
National Democratic Party of the USA Inc.
3250 Commercial Pkwy
Suite 3252
Memphis, TN 38116

**(2) Principal Office Address:**
3250 Commercial Pkwy
Suite 3252
Memphis, TN 38116

**(3) Registered Agent (RA) and Registered Office (RO) Address:**     Agent Changed:  No
National Democratic Party of the USA Inc.
STE 3252
3250 COMMERCIAL PKWY
Memphis, TN 38116

Image #: AO087-1209

**(4) Name and business address (with zip code) of the President, Secretary and other principal officers.**

| Title | Name | Business Address | City, State, Zip |
|---|---|---|---|
| President | Marion L Williams | 3250 commerical pkwy | Memphis, TENN. 38116 |
| Secretary | Nell Threatt | 264 Charter RD. | Memphis, Tenn. 38109 |
| Board Member | M. IL.T Williams | 3693 hermitage DR. | Memphis, Tenn. 38116 |
| | | | |

**(5) Board of Directors names and business address (with zip code). ( ___ None )**

| Name | Business Address | City, State, Zip |
|---|---|---|
| Marion L Williams | 3250 commerical pkwy | Memphis, TENN. 38116 |
| Nell Threatt | 264 Charter RD. | Memphis, Tenn. 38109 |
| M. IL.T Williams | 3693 hermitage DR. | Memphis, Tenn. 38116 |
| | | |

**(6) This section applies to non-profit corporations ONLY.**
   A. Our records reflect that your non-profit corporation is a public benefit or a mutual benefit corporation as indicated.
       If blank or incorrect, please check appropriately: ___Public ___Mutual
   B. If a Tennessee religious corporation, please check here if blank: ___Religious

**(7) Signature:**  Electronic        **(8) Date:** 08/04/2011 11:00 AM

**(9) Type/Print Name:**  Marion L Williams        **(10) Title:**  President

SS-4444        RDA 1678

**EXHIBIT D**

**BYLAWS**
**TENNESSEE DEMOCRATIC EXECUTIVE COMMITTEE**
*approved 1/28/89, updated 1/26/91, revised and amended 5/22/99, amended 01/12/02,*
*amended 5/3/03, amended 09/13/03, amended 01/15/06, amended 08/29/09, amended 01/23/10,*
*amended 10/01/11*

## ARTICLE I: NAME

The name of the organization shall be the Tennessee Democratic Executive Committee, hereinafter referred to as the "Committee".

## ARTICLE II: OBJECT

The object of this Committee shall be to promote the ideals and principles of the Democratic Party and to assist in the election of Democratic nominees.

## ARTICLE III: POWERS AND RESPONSIBILITIES

**SECTION 1.**   The Committee shall be vested with such power and authority as granted to it subject to the Laws of the State of Tennessee, which shall include, but not limited to, those responsibilities set out below.

**SECTION 2.**   Among the responsibilities of the Committee are:
- (a)   Deciding if and when to have State Party conventions and the planning and directing of such conventions.
- (b)   Establishing the procedure for the selection of Party nominees for whom the procedure is not established by statute (see TCA 2-13-202, 203).
- (c)   Establishing the procedure for the selection of members of the Democratic National Committee, subject to the mandates of the Democratic National Committee.
- (d)   Establishing the procedure for selecting delegates to the Democratic National Convention (see TCA 2-13-301 through 320), subject to the mandates of the Democratic National Committee.
- (e)   Functioning as the State Democratic Primary Board (see TCA 2-13-102, et seq.).
- (f)   Establishing the procedures and rules for the organizing and functioning of County Democratic Executive Committees and maintaining close relationship with such committees.
- (g)   Establishing a State Party Headquarters and being responsible for the operation of said headquarters.
- (h)   Deciding how the Committee will conduct, or will aid in the conduct of, a statewide campaign for the election of Democrats.
- (i)   Providing for the keeping of records. Among these records shall be a current list of all county committees of the State Party, the minutes of the meetings of this Committee and complete financial reports made by the Treasurer.
- (j)   Performing all functions necessary and proper for the conducting of the affairs of the Tennessee Democratic Party.
- (k)   Setting the date and the time for County Reorganization, which shall be in the odd-numbered years, as allowed by law.

(l)     To the maximum extent allowed by law, the Tennessee Democratic Executive Committee shall insure that Party nominees for elected offices are bona fide Democrats.  In the event that a county party, in compliance with its Bylaws, challenges a candidate for any office be it local, county, state or federal, against appearing on the ballot as a Democrat for failing to vote in at least three of the immediate prior five Democratic primaries, the challenge shall be referred to the County Party Development Committee which shall by a simple majority vote of the members make a recommendation to the State Party Chair. The Chair shall decide whether or not the candidate may appear on the ballot as a Democrat.  The county party or the candidate has the right to appeal the Chair's decision to the full Executive Committee which may overturn the Chair's decision by a two-thirds vote of those present.  The county party, Party Chair or the Executive Committee shall have the right to waive the foregoing prohibition against a candidate appearing on a ballot as a Democrat for good cause and when justice so requires.

**SECTION 3.**  This Committee shall approve a budget formulated by the finance committee.

## ARTICLE IV: MEMBERS

**SECTION 1.**  This organization shall be composed of members chosen according to State Law (TCA 2-13-103). All members shall be bona fide members of the Democratic Party.

**SECTION 2.**  Vacancies shall be filled according to State Law (TCA 2-13-105).

**SECTION 3.**  Any member who is unable to attend a meeting of this Committee for cause, including, but not limited to health problems or the death of a family member, shall timely notify the Chair of his or her inability to attend. If a member other than members described in Article IV §§ 4 and 5, of the Bylaws misses two (2) consecutive meetings without notifying the Chair of an acceptable excuse set out above, the Executive Director shall notify the Bylaws Committee and a letter shall be sent by registered or certified mail, return receipt requested, to that member by the Chair notifying the member to appear before the Bylaws Committee at the next meeting of the Committee at the published time and place to show cause, if any he or she may have, why the member should not be expelled. The Bylaws Committee shall report its findings and any recommendations to the Executive Committee, which shall vote whether or not to approve the recommendation of the Bylaws Committee. The Chair shall immediately notify the member, by letter, of the action of the Executive Committee. If the member is expelled, the Executive Committee shall fill the vacancy at the next meeting of the Committee to serve until a successor is chosen at the next regular August election.

**SECTION 4.**  Tennessee State Senate and Tennessee State House of Representatives Democratic Caucus Leaders shall serve as ex officio (voting) members of the Committee to facilitate communication between the bodies and to advance goals of Democrats in the State of Tennessee.

**SECTION 5.**   One (1) member designated by the Tennessee Federation of Democratic Women, one (1) member designated by the Tennessee Young Democrats, one (1) member designated by the Tennessee Democratic County Chair Association, and one (1) member designated by the Tennessee Federation of College Democrats shall serve as ex officio (voting) members of this Committee to facilitate communication between the bodies and to advance goals of Democrats in the State of Tennessee.

## ARTICLE V: OFFICERS

**SECTION 1.**   The officers shall be a Chair, a Vice Chair who shall be of opposite sex from the Chair, six (6) Regional Vice-Chairs who shall be one (1) male and one (1) female from each Grand Division of the State, a Secretary and a Treasurer. The Chair and Treasurer shall not be required to be members of this Committee; however, the Vice-Chair, the Regional Vice-Chairs and the Secretary must be chosen from the membership of this Committee.

**SECTION 2.**   Officers shall serve terms of two (2) years or until their successors are chosen.

**SECTION 3.**   The election of officers shall be conducted at the January meeting in oddnumbered years, at which time successors for the current officers will be elected.  Elections for each office shall be in accordance with these rules where there is more than one person running for the office.

**SECTION 4,**   Any officer may be removed from office for malfeasance or incapacity by a majority vote of the total Committee membership.

**SECTION 5.**   A vacancy caused by the death or resignation of an officer shall be filled at the next meeting by a majority vote of those members in attendance.

## ARTICLE VI: DUTIES OF OFFICERS

Duties of the officers shall be those set out in the parliamentary authority adopted by this Committee with the following additions:

**SECTION 1**.   It shall be the duty of the officers of this Committee to elect Electoral College members after the Democratic National Convention selects its nominee for the presidency of the United States but prior to the deadline for submission of the list of electors as required by the statutes of the State of Tennessee.

**SECTION 2.**   The Chair shall be the general executive officer and shall be an ex officio member of all sub-committees. If the Executive Committee determines that the Chair should be a full time paid staff member, he or she shall assume all duties of the Executive Director in the event that an Executive Director is not also employed. The Chair, whether or not a full-time paid staff member, shall be empowered to employ and dismiss an Executive Director. In the event that the Chair is not a full-time paid staff member, the Executive Director shall administer the daily

operations of the State Democratic Party including, but not limited to, employing and dismissing office personnel as duly budgeted. In the event that the Chair is full-time paid staff member, he or she shall administer the daily operation of the State Democratic Party Office including, but not limited to, employing and dismissing officer personnel as duly budgeted. In that event, the Chair shall, in his or her sole discretion, assign to the Executive Director, or retain any such administrative responsibilities, as he or she may deem proper.

**SECTION 3.**  The Vice-Chair shall perform all the duties of the Chair in his or her absences or during the time the Chair is disabled; and in the event the Chair resigns, he or she shall serve until a successor is elected.

**SECTION 4.**  The Regional Vice-Chairs shall serve as liaisons with the Democrats in their regions.

**SECTION 5.**  The Secretary shall mail to all members within ten (10) days after every meeting a copy of the minutes.

**SECTION 6.**  The Treasurer, or his/her authorized designee, shall pay all bills properly incurred and sign all checks. The books of the Treasurer shall be audited annually.

## ARTICLE VII: MEETINGS

**SECTION 1.**  Regular meetings shall be held twice yearly; the first shall be held in January. The Chair may call a meeting at any time and shall do so whenever requested in writing by ten (10) members. The Chair shall designate and give written notice of a proposed meeting date at least forty-five (45) days prior to meeting date unless on an emergency basis, then the chair may call a meeting upon fourteen (14) days notice. Written notice of all meetings shall be sent to all members at least fourteen (14) days in advance of such meetings, stating time, place and business to be transacted.

**SECTION 2.**  A quorum for the transaction of business shall be forty (40%) percent of the membership.

**SECTION 3.**  Neither proxies, nor voting by the unit rule, nor secret ballot shall be allowed at any meeting of this Committee, nor at any meeting called under the auspices of the Tennessee Democratic Party, nor at a meeting of any committee thereof.

**SECTION 4.**  With respect to elections which require that persons be elected from each of the three Grand Divisions of the State of Tennessee (East, Middle and West) including, but not limited to, Regional Vice-Chairs, and Supreme Court nominees, the order of election shall be determined by lottery prior to the meeting at which the election(s) is to be conducted.

**SECTION 5.**  The requirement of written notice of any meeting of the Committee is fulfilled by postal mail delivery or by electronic mail. Postal mail delivery of notices of meetings shall only be required when a member of the Committee notifies the Chair of that preference.

4

## ARTICLE VIII: COMMITTEES

**SECTION 1.**  The Chair may establish committees, as he or she deems appropriate.

**SECTION 2.**  The organization shall have the following standing committees with the following specified duties.  The Chair shall appoint the members of committees and shall designate the chair or chairs of each committee:

(a) County Party Development Committee shall consist of a minimum of seven (7) members of the State Executive Committee, appointed by the Chair to serve for two years.  Strong county parties are the foundation of a strong state party and this Committee should be directed to help and assist in the growth and development of those vital building blocks. There are three main functions of this committee:

   (1)    to serve as an institutional resource to help county parties grow and prosper,
   (2)    to develop a minimum set of requirements that a state sanctioned County Democratic Party must observe to be certified as a County Party and
   (3)    to monitor county compliance with those minimum standards.

(b)    Finance Committee shall by appointed by the Chair, with the approval of the Committee, and shall consist of five (5) members of the Committee, with the Treasurer and the Chair serving as ex officio voting members. The immediate past Chair shall serve as an ex officio non-voting member. This committee shall set the budget and review financial reports on a quarterly basis and approve emergency expenses on a case-by-case basis.

   (1) Beginning in 2006, the Chair shall appoint the members of the Finance Committee in January of even numbered years for terms of two (2) years.

(c)    Bylaws Committee shall consist of a minimum of five (5) members of the Committee, appointed by the Chair to serve for two years. The primary functions of the Bylaws Committee are:

   (1)    to propose bylaws amendments or substitutions to the Committee in compliance with ARTICLE XIV and
   (2)    to make recommendations for expulsion or retention of members with two (2) or more consecutive unexcused absences to the Committee in compliance with ARTICLE IV, SECTION 3.

(d)    Youth Mentoring Committee shall consist of a minimum of five (5) members of the Committee, appointed by the Chair to serve for two years. The primary functions of the Youth Mentoring Committee are:

(1)     to serve as a liaison between the Committee and the Tennessee Young Democrats, the Tennessee Federation of College Democrats and other Democratic youth organizations,

(2)     to assist in recruitment and training of new members of Democratic youth organizations and

(3)     to facilitate active involvement of youth in the Democratic Party.

(e)     Regional Resource Center Oversight Committee shall consist of a minimum of five (5) members of the Committee, appointed by the Chair to serve for two years. The primary functions of the Regional Resource Center Oversight Committee are:

(1)     to serve as a liaison between the Committee and Regional Resource Centers and

(2)     to provide oversight and assistance to Regional Resource Centers.

## ARTICLE IX: MEMBERS OF THE DEMOCRATIC NATIONAL COMMITTEE

The Chair and Vice-Chair of this Committee shall serve as members of the Democratic National Committee. This Committee shall elect the other members of the Democratic National Committee in the calendar year of the Democratic National Convention, in accordance with the rules promulgated by the Democratic National Committee, including the number of members.

## ARTICLE X: DELEGATES TO THE DEMOCRATIC NATIONAL CONVENTION

The method of selecting delegates by this committee as well as the number of delegates and the makeup of the delegation as to race and gender and in all other respects shall be conducted in conformity with the rules adopted by the Democratic National Committee.

## ARTICLE XI: JUDICIAL OFFICE NOMINATIONS

The Committee shall nominate candidates for judicial office under the following procedures.

**SECTION 1:** Supreme Court Nominations.

In accordance with the authorization contained in TCA 2-13-203, the Committee is authorized to nominate candidate(s) for the office of justice of the Supreme Court of Tennessee to be the nominee(s) of the Democratic Party in any regular election for a full term of office or any special election to fill one or more unexpired terms. Nomination of candidates by the committee may be made at any duly called meeting upon 14 days prior notice to the members of the committee and upon such prior public notice be ordered by the Supreme Court to be filled in the ensuing election shall be by majority vote of the Committee as defined in these bylaws.

**SECTION 2.** Trial Judges and Attorney General - Multi-County Districts.

When there is to be an election for the office of District Attorney General, trial level judge, or Public Defender, the chairperson of each County Democratic Executive Committee in a multi-county judicial district shall serve as a member of the judicial nominating committee.

The Chair of the State Democratic Executive Committee shall serve as an ex officio member of each committee established herein. By January 10th, immediately preceding the August election, any County Chair may, by written request, notify the State Chair of the desire for a primary election in any of the above named offices. Thereafter, the Chair of the State Democratic Executive Committee shall issue a call for a meeting of the same, not later than January 15th, immediately preceding the August election. If said meeting is not held in accordance with this provision, then candidates for judicial office will be allowed to run for election on a non-partisan basis. In the event any judicial nominating committee member appointed according to the procedure set out above shall be unable to attend said meeting, a replacement may be appointed in writing by the appropriate County Democratic Executive Committee Chairperson. Said replacement appointment must be made no later than one day prior to the date of the meeting.

At such meeting, the judicial nominating committee shall determine whether to:

(1)     Call for a May primary in each county in order to nominate judicial candidates; or

(2)     Call for a multi-county convention for the purpose of nominating judicial candidates; or

(3)     Allow candidates for judicial office to run on a non-partisan basis.

Each County represented in the meeting shall be entitled to one (1) vote. The Chair of the State Democratic Executive Committee shall not vote except in the event of a tie vote. All questions regarding the method of choosing candidates for judicial office shall be decided by majority vote of those present. In the event a tie exists between counties desiring a May primary, counties desiring a multicounty convention and/or counties desiring to allow candidates for judicial office to run on a non-partisan basis, the State Chair shall decide the method of selection. The Chair may determine alternatively that those counties not holding primaries shall be deemed to have waived their part of the nominating process and agree to be bound by the results of the primary. In the event a majority of counties represented at the meeting desire a multi-county convention but a minority of counties represented do not desire to take part, then those counties not participating may alternatively be determined by the chair to be deemed to have waived their part of the nominating process and agree to be bound by the results of the nominating convention.

If a convention is held, each county shall be entitled to the same number of delegates as it had at the most recent Congressional District Convention for the selection of delegates to the National Democratic Convention. The manner of

selection of delegates to the convention shall be conducted in accordance with the rules of the Democratic National Committee and the Tennessee Democratic Party.

## ARTICLE XII: RESOLUTIONS

All proposed resolutions must be submitted to the Chair or Secretary in writing at least twenty-one (21) days in advance of the meeting at which they will be considered. The Chair in turn will submit the resolutions to every member of the Committee at least fourteen (14) days prior to the meeting at which the resolution is to be considered. Emergency resolutions may be brought before the body by consent of two-thirds majority of those present.

## ARTICLE XIII: PARLIAMENTARY PROCEDURE

The rules contained in the current edition of Robert's Rules of Order, Newly Revised shall govern this committee in all cases to which they are applicable and in which they are not inconsistent with the Bylaws and any special rules of order which may be adopted.

## ARTICLE XIV: AMENDMENTS

These Bylaws may be amended or substituted by a two-thirds vote of the total membership at any meeting of this Committee; provided, however, that the exact wording of the proposed changes shall be incorporated in the notice of the meeting sent at least fourteen (14) days prior to such meeting to all members.

Duly adopted by vote of the Tennessee Democratic Executive Committee this 23rd day of January, 2010.

_____
Chip Forrester, Chair

_____
Gale Jones Carson, Secretary

8

**EXHIBIT E**

FROM SHELBY COUNTY CHANCERY COURT          (WED)MAY  9 2012 14:99/ST.14:99/No.7500000550 P  4

| Shelby Cour. | **STATE OF TENNESSEE**<br>**CIVIL SUMMONS**<br>page 1 of 1 | Case Number<br>CH-11-1757-3 |

**Vs.**

Served On:

Chip Forrester

You are hereby summoned to defend a civil action filed against you in _____ Chancery _____ Court, _____ Shelby _____ County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: _____

_____
Clerk / Deputy Clerk

Attorney for Plaintiff: Van R. Irion, 9040 Executive Park Drive, Suite 200, Knoxville, TN, 37923; (865) 809-1505

**NOTICE OF PERSONAL PROPERTY EXEMPTION**

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____, _____ Clerk, _____ County

**CERTIFICATION (IF APPLICABLE)**

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

_____
Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

_____

Date: _____          By: _____
Officer, Title

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

_____
Notary Public / Deputy Clerk (Comm. Expires _____)

_____
Signature of Plaintiff

_____
Plaintiff's Attorney (or Person Authorized to Serve Process)
(Attach return receipt on back)

*ADA: If you need assistance or accommodations because of a disability, please call _____, ADA Coordinator, at ( ) _____.*

FROM SHELBY COUNTY CHANCERY COURT         (WED)MAY  9 2012 14:40/ST. 14:39/No. 7500000550 P  8

## RETURN ON SERVICE OF SUMMONS

I hereby return this summons as follows:  (Name of Party Served) _____

☐ Served _____      ☐ Not Found _____
☐ Not Served _____      ☐ Other _____

| DATE OF RETURN: This _____ day of _____, | By: _____ |
| 20 _____ | Sheriff/or other authorized person to serve process |

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify and return that on the _23_ day of _January_, 20 _1Z_ I sent, postage prepaid, by registered return
receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in case CH- _11~1757-3_ to
the defendant _Chip Forrester_. On the _27_ day of _January_, 20 _12_, I received the return
receipt, which had been signed by _See Attached_ on the _24_ day of _January_, 20 _12_.
The return receipt is attached to this original summons to be filed by the Chancery Court Clerk & Master.

| Sworn to and subscribed before me on this _____ day of _____ | Signature of plaintiff, plaintiff's attorney or other person |
| _____, 20 ___. | authorized by statute to serve process. |
| Signature of ____ Notary Public or ____ Deputy Court Clerk | |
| | _[signature]_ |
| My Commission Expires: | |

### NOTICE OF PERSONAL
### PROPERTY EXEMPTION

TO THE DEFENDANT(S):
    Tennessee law provides a four thousand dollar ($4,000.00)
debtor's equity interest personal property exemption from execution or
seizure to satisfy a judgment.  If a judgment should be entered against
you in this action and you wish to claim property as exempt, you must
file a written list, under oath, of the items you wish to claim as exempt
with the clerk of the court.  The list may be filed at any time and may
be changed by you thereafter as necessary; however, unless it is filed
before the judgment becomes final, it will not be effective as to any
execution or garnishment issued prior to the filing of the list.  Certain
items are automatically exempt by law and do not need to be listed;
these include items of necessary wearing apparel (clothing) for yourself
and your family and trunks or other receptacles necessary to contain
such apparel, family portraits, the family Bible, and school books.
Should any of these items be seized you would have the right to
recover them.  If you do not understand your exemption right or how to
exercise it, you may wish to seek the counsel of a lawyer.

    Mail list to: Clerk & Master
              140 Adams Ave.
              Room 308
              Memphis, TN 38103

Please state file number on list.

**ATTACH
RETURN
RECEIPT
HERE
(IF APPLICABLE)**

## CERTIFICATION (IF APPLICABLE)

| I, Donna L. Russell, Clerk & Master of the Chancery Court in the State | Donna L. Russell, Clerk & Master |
| of Tennessee, Shelby County, do certify this to be a true and correct | |
| copy of the original summons issued in this case. | By: _____ |
| | D.C. & M. |

09/18/07

FROM SHELBY COUNTY CHANCERY COURT                    (WED)MAY  9 2012 14:40/ST. 14:39/No. 7500000550 P  6

- ▣ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ▣ Print your name and address on the reverse so that we can return the card to you.
- ▣ Attach this card to the back of the mailpiece, or on the front if space permits.

**Signature**

X _Wratt_    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
_Alvin Watson_    1-24-12

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:    ☐ No

1. Article Addressed to:

Chip Forrester
1900 Church Street
Suite 203
Nashville, TN 37203.

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7009 2820 0002 0804 6428

PS Form 3811, February 2004         Domestic Return Receipt         102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $  $2.70 | 0534 |
| Certified Fee | $2.95 | 10 |
| Return Receipt Fee (Endorsement Required) | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $  $8.00 | 01/23/2012 |

Sent To   Chip Forrester
Street, Apt. No.; or PO Box No.   1900 Church Street Suite 203
City, State, ZIP+4   Nashville, TN 37203

7009 2820 0002 0804 6428

FROM SHELBY COUNTY CHANCERY COURT                (WED)MAY  9 2012 14:40/ST.14:39/No.7500000560 P   7



U.S. POSTAGE
MADISONVILLE,TN
3254
DEC
$6.63
00076550-06
AMOUNT
38116
1000

7009 2820 0002 0804 6534

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chip Forrester
c/o National Democratic Party
of the USA, Inc.
3250 Commercial PHWY, Ste. 3252
Memphis, TN 38116-3252

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7009 2820 0002 0804 6534

PS Form 3811, February 2004     Domestic Return Receipt

FROM SHELBY COUNTY CHANCERY COURT              (WED)MAY  9 2012 14:40/ST. 14:39/No. 7600000550 P  9

Search TNDP.org      Search

- Sign Up
- Sign In



Tennessee Democratic Party

The Official Community for Tennessee's Democrats

- MY TNDP
- NEWS
- OUR PARTY
- VOTEBUILDER
- TAKE ACTION
- EVENTS
- FACEBOOK
- DONATE

# Party Chair: Chip Forrester



### Forrester was elected chairman of the Tennessee Democratic Party on January 24, 2009.

He has served on the State Democratic Executive Committee since 1988 and was elected to a second two-year term as chair in January 2011.

In addition to being the state chair, Forrester was elected unanimously to the DNC Executive Committee at a meeting of the Association of State Democratic Chairs. He will serve as that group's Southern Chair on the DNC Executive Committee and will work as a representative for the region.

Chip is the son of a retired soldier who saw combat three times during his 35-year military career. Originally from Watertown, Tenn. in Wilson County, Chip's father met his mother in Japan. Chip was born in Ft. Benning, Ga. and lived all over the world during his father's military career.

In 1985, Chip moved home to Tennessee to raise his family. His son, Evan Forrester is a graduate of the University of Tennessee and currently teaches English in China.

After graduating from the University of Chicago with a degree in Politics, Economics, Rhetoric and Law (PERL), Chip began his political career working for Harold Washington. Chip worked on numerous campaigns with Washington that culminated with Washington being elected Mayor of Chicago. Chip subsequently served as Assistant Director of Chicago's Department of Economic Development in Mayor Washington's administration. In 1985, Chip moved to Tennessee to be Deputy Campaign Manager for Speaker Ned McWherter's successful campaign for Governor.

In 1990, Chip was U.S. Senator Al Gore's campaign manager for his reelection to the US Senate. After the re-election Chip was appointed as Gore's Tennessee Chief of Staff.

Chip's prior service to the Tennessee Democratic Party has included a stint as the Executive Director of the Tennessee Democratic Party from 1987 – 1989, serving as an Executive Committee member since 1988 and as TNDP Treasurer.

Invite Chairman Forrester to your next meeting

Share Twitter Facebook

L¼a

Welcome to
Tennessee Democratic Party

Sign Up
or Sign In

FROM SHELBY COUNTY CHANCERY COURT                (WED)MAY  9 2012 14:41/ST.14:39/No. 7500000550 P  9

| Shelby Conn. | STATE OF TENNESSEE | Case Number |
|---|---|---|
| | CIVIL SUMMONS | CH-11-1757-3 |
| | page 1 of 1 | |

Vs.

Served On:

**National Democratic
Party of the USA, Inc.**

You are hereby summoned to defend a civil action filed against you in ____Chancery____ Court, ____Shelby____ County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: ____OCT 2 6 2011____                          _Anna Stot_
                                                        Clerk / Deputy Clerk

Attorney for Plaintiff: ___Van R. Irion, 9040 Executive Park Drive, Suite 200, Knoxville,___
___TN, 37923; (865) 809-1505___

### NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____, _____ Clerk, _____ County

### CERTIFICATION (IF APPLICABLE)

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____
                              Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

_____

Date: _____                 By: _____
                                                Officer, Title

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

                                          _____
                                          Notary Public / Deputy Clerk (Comm. Expires _____ )

_____                      _____
Signature of Plaintiff                     Plaintiff's Attorney (or Person Authorized to Serve Process)
                                          **(Attach return receipt on back)**

*ADA: If you need assistance or accommodations because of a disability, please call _____, ADA Coordinator, at ( ) _____*

FROM SHELBY COUNTY CHANCERY COURT          (WED)MAY  9 2012 14:41/ST. 14:39/No. 7500000550 P 10

## RETURN ON SERVICE OF SUMMONS

I hereby return this summons as follows: (Name of Party Served) _____

☐ Served _____      ☐ Not Found _____
☐ Not Served _____      ☐ Other _____

| DATE OF RETURN: This _____ day of _____, | By: |
| 20____. | _____ |
| | Sheriff/or other authorized person to serve process |

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify and return that on the _23_ day of _January_, 20_12_, I sent, postage prepaid, by registered return
receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in case CH- _11-1757-3_ to
the defendant _National Democratic Party of the USA Inc._ On the _30_ day of _January_, 20_12_, I received the return
receipt, which had been signed by _See Attached_ on the _____ day of _See attached_, 20_12_.
The return receipt is attached to this original summons to be filed by the Chancery Court Clerk & Master.

| Sworn to and subscribed before me on this _____ day of _____ | Signature of plaintiff, plaintiff's attorney or other person |
| _____, 20___. | authorized by statute to serve process. |
| Signature of _____ Notary Public or _____ Deputy Court Clerk | |
| | _[signature]_ |
| My Commission Expires: | |

## NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S):
   Tennessee law provides a four thousand dollar ($4,000.00)
debtor's equity interest personal property exemption from execution or
seizure to satisfy a judgment.  If a judgment should be entered against
you in this action and you wish to claim property as exempt, you must
file a written list, under oath, of the items you wish to claim as exempt
with the clerk of the court.  The list may be filed at any time and may
be changed by you thereafter as necessary; however, unless it is filed
before the judgment becomes final, it will not be effective as to any
execution or garnishment issued prior to the filing of the list.  Certain
items are automatically exempt by law and do not need to be listed;
these include items of necessary wearing apparel (clothing) for yourself
and your family and trunks or other receptacles necessary to contain
such apparel, family portraits, the family Bible, and school books.
Should any of these items be seized you would have the right to
recover them.  If you do not understand your exemption right or how to
exercise it, you may wish to seek the counsel of a lawyer.

   Mail list to:  Clerk & Master
              140 Adams Ave.
              Room 308
              Memphis, TN 38103

Please state file number on list.

ATTACH
RETURN
RECEIPT
HERE
(IF APPLICABLE)

## CERTIFICATION (IF APPLICABLE)

| I, Donna L. Russell, Clerk & Master of the Chancery Court in the State | Donna L. Russell, Clerk & Master |
| of Tennessee, Shelby County, do certify this to be a true and correct | |
| copy of the original summons issued in this case. | By:_____ |
| | D.C. & M. |

09/18/07

FROM SHELBY COUNTY CHANCERY COURT          (WED) MAY  9 2012 14:41/ST. 14:39/No. 7500000550 P 11

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

. Article Addressed to:

National Democratic Party of the
USA, Inc.
430 S. Capitol St. SE
Washington, DC 20003

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☒ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

. Article Number
(Transfer from service label)

S Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540



MEMPHIS TN 38114

                    $1.10     0354
Postage   $
Certified Fee   $2.95     10
Return Receipt Fee   $2.35
(Endorsement Required)
Restricted Delivery Fee   $0.00
(Endorsement Required)
Total Postage & Fees   $6.40     01/23/2012

National Democratic Party of theUSA Inc.
3250 Commercial Pkwy, Ste 3252
Memphis, TN 38116-3252

UNITED STATES POSTAL SERVICE                   Postage & Fees Paid
                                               USPS
                                               Permit No. G-10

° Sender: Please print your name, address, and ZIP+4 in this box °

Law Office of Van R Irion, PLLC
9040 Executive Park Drive, Ste 200
Knoxville, TN 37923

FROM SHELBY COUNTY CHANCERY COURT          (WED) MAY  9 2012 14:41/ST. 14:39/No. 7500000550 P 12

CERTIFIED MAIL

7009 2820 0002 0004 6510

38116

1000

UNITED STATES POSTAL SERVICE

Knoxville, TN 37923

266

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

National Democratic Party of the
USA, Inc.
32.50 Commercial Pkwy.
Ste .3252.
Memphis, TN 38116-3252

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7009 2820 0002 0004 6510

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

FROM SHELBY COUNTY CHANCERY COURT          (WED)MAY  9 2012 14:42/ST.14:39/No. 7500000550 P 13



**STATE OF TENNESSEE**
**Tre Hargett, Secretary of State**
Division of Business Services
William R. Snodgrass Tower
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

## Filing Information

**Name:** National Democratic Party of the USA Inc.

### General Information

| | | | |
|---|---|---|---|
| Control # : | 640511 | Formation Locale: | Shelby County |
| Filing Type: | Corporation For-Profit – Domestic | Date Formed: | 09/21/2010 |
| Filing Date: | 09/21/2010 9:40 AM | Fiscal Year Close | 12 |
| Status: | Active | | |
| Duration Term: | Perpetual | | |

**Registered Agent Address**
National Democratic Party of the USA Inc.
3250 COMMERCIAL PKWY STE 3252
MEMPHIS, TN 38116
Phone:
Fax:

**Principal Address**
SUITE 3252
3250 COMMERCIAL PKWY
MEMPHIS, TN 38116

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 08/05/2011 | 2010 Annual Report | A0087-1209 |
| 06/02/2011 | Notice of Determination | A0082-1920 |
| 09/21/2010 | Assumed Name | 6772-2931 |
| | New Assumed Name Changed  From: No Value  To: Shelby County Republican Party Inc. | |
| 09/21/2010 | Assumed Name | 6772-2933 |
| | New Assumed Name Changed  From: No Value  To: Democratic Coalition Inc. | |
| 09/21/2010 | Assumed Name | 6772-2935 |
| | New Assumed Name Changed  From: No Value  To: Democratic Party of Tennessee Inc. | |
| 09/21/2010 | Initial Filing | 6772-2927 |
| 09/21/2010 | Assumed Name | 6772-2929 |
| | New Assumed Name Changed  From: No Value  To: Non-Partisan Coalition for Better Government | |

| Active Assumed Names (if any) | Date | Expires |
|---|---|---|
| Democratic Party of Tennessee Inc. | 09/21/2010 | 09/21/2015 |
| Democratic Coalition Inc. | 09/21/2010 | 09/21/2015 |
| Shelby County Republican Party Inc. | 09/21/2010 | 09/21/2015 |
| Non-Partisan Coalition for Better Government | 09/21/2010 | 09/21/2015 |

Page 1 of 1

FROM SHELBY COUNTY CHANCERY COURT          (WED)MAY  9 2012 14:42/ST. 14:39/No. 7500000560 P 14

| Shelby Cour | **STATE OF TENNESSEE**<br>**CIVIL SUMMONS**<br>page 1 of 1 | Case Number<br>CH-11-1767-3 |

Liberty Legal Foundation vs. National Democratic et al

Served On:

**Tennessee Democratic**
**Party**

You are hereby summoned to defend a civil action filed against you in ____Chancery____ Court, ____Shelby____ County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: ____1-26-12____                     _____
                                            Clerk / Deputy Clerk

Attorney for Plaintiff: ____Van R. Irion, 9040 Executive Park Drive, Suite 200, Knoxville,____
____TN, 37923; (865) 809-1505____

### NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____, ____Clerk,____ _____County

### CERTIFICATION (IF APPLICABLE)

I, _____, ____Clerk of____ _____County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____
                         Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

_____

Date: _____          By: _____
                                           Officer, Title

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

_____          _____
                                Notary Public / Deputy Clerk (Comm. Expires _____ )

_____          _____
Signature of Plaintiff          Plaintiff's Attorney (or Person Authorized to Serve Process)
                                **(Attach return receipt on back)**

*ADA: If you need assistance or accommodations because of a disability, please call _____, ADA Coordinator, at ( ) _____*

FROM SHELBY COUNTY CHANCERY COURT          (WED)MAY  9 2012 14:43/ST. 14:39/No. 7500000550 P 15

## RETURN ON SERVICE OF SUMMONS

I hereby return this summons as follows:  (Name of Party Served) _____

- ☐ Served _____        ☐ Not Found _____
- ☐ Not Served _____         ☐ Other _____

DATE OF RETURN: This _____ day of _____,
20 _____

By: _____
Sheriff/or other authorized person to serve process

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify and return that on the _23_ day of _January_____, 20 _12_, I sent, postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in case CH- _11-1757-3_ to the defendant _Tennessee Democratic Party_. On the _27_ day of _January_____, 20 _12_, I received the return receipt, which had been signed by _See Attached_____ on the _____ day of _January_____, 20 _12_.
The return receipt is attached to this original summons to be filed by the Chancery Court Clerk & Master.

| Sworn to and subscribed before me on this _____ day of _____, 20 ___. | Signature of plaintiff, plaintiff's attorney or other person authorized by statute to serve process. |
|---|---|
| Signature of ____ Notary Public or ____ Deputy Court Clerk | |
| My Commission Expires: | |

### NOTICE OF PERSONAL
### PROPERTY EXEMPTION

TO THE DEFENDANT(S):
   Tennessee law provides a four thousand dollar ($4,000.00) debtor's equity interest personal property exemption from execution or seizure to satisfy a judgment.  If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court.  The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list.  Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them.  If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

   Mail list to:  Clerk & Master
                        140 Adams Ave.
                        Room 308
                        Memphis, TN 38103

Please state file number on list.

ATTACH
RETURN
RECEIPT
HERE
(IF APPLICABLE)

## CERTIFICATION (IF APPLICABLE)

| I, Donna L. Russell, Clerk & Master of the Chancery Court in the State of Tennessee, Shelby County, do certify this to be a true and correct copy of the original summons issued in this case. | Donna L. Russell, Clerk & Master |
|---|---|
| | By: _____ |
| | D.C. & M. |

09/18/07

FROM SHELBY COUNTY CHANCERY COURT                    (WED)MAY   9 2012  14:49/ST. 14:39/No. 7500000550  P 16

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ▣ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>▣ Print your name and address on the reverse so that we can return the card to you.<br>▣ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name)  C. Date of Delivery<br>_Alvin White_  _1 24 12_ |
| 1. Article Addressed to:<br><br>Chip Forrester<br>1900 Church Street<br>Suite 203<br>Nashville, TN 37203 | D. Is delivery address different from 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)        ☐ Yes |

2. Article Number
(Transfer from service     7009 2820 0002 0804 6428

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

NASHVILLE TN 37203

| | | |
|---|---|---|
| Postage | $2.70 | 0336 |
| Certified Fee | $2.95 | 10 |
| Return Receipt Fee (Endorsement Required) | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $8.00 | 01/23/2012 |

7009 2820 0002 0804 6428

Chip Forrester
Street, Apt. No.;
or PO Box No.     1900 Church Street Suite 203
City, State, ZIP+4     Nashville, TN 37203

FROM SHELBY COUNTY CHANCERY COURT          (WED)MAY  9 2012 14:49/ST.14:39/No. 7500000550 P 17

| Shelby County | **STATE OF TENNESSEE CIVIL SUMMONS** page 1 of 1 | Case Number CH-11-1757-3 |
|---|---|---|

Liberty Legal Et all.   Vs.   Natl. Democratic Party et al.

Served On:

**National Democratic**
**Party of the USA, Inc.**

You are hereby summoned to defend a civil action filed against you in ___Chancery___ Court, ___Shelby___ County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: ___OCT 26 2011___                              _Donna Hoot_
                                                         Clerk / Deputy Clerk

Attorney for Plaintiff: ___Van R. Irion, 9040 Executive Park Drive, Suite 200, Knoxville,___
                         ___TN, 37923; (865) 809-1505___

**NOTICE OF PERSONAL PROPERTY EXEMPTION**

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____, _____ Clerk, _____ County

**CERTIFICATION (IF APPLICABLE)**

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____
                              Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

_____

Date:_____          By:_____
                                        Officer, Title

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _December 12, 20__ I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _National Democratic Party_ On _January 15, 2012_ I received the return receipt, which had been signed by mailed unc _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _1/26/12_

_____          _____
Signature of Plaintiff              Notary Public / Deputy Clerk (Comm. Expires _____ )
                                     Plaintiff's Attorney (or Person Authorized to Serve Process)
                                     (Attach return receipt on back)

_ADA: If you need assistance or accommodations because of a disability, please call _____ , ADA Coordinator, at ( ) _____ ._

FROM SHELBY COUNTY CHANCERY COURT          (WED)MAY  9 2012 14:49/ST.14:39/No. 7500000550 P 18

UNITED STATES
POSTAL SERVICE

1000

38116

7009 2820 0002 0804 6510

UNC

National Democratic Party of the USA, Inc.

3250 Commercial Parkway, Ste. 3252

Memphis, TN 38116-3252

Law Office of Van R. Irion, PLLC
9040 Executive Park Dr. Ste 225
Knoxville, TN 37923

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X  ☐ Agent  ☐ Addressee |
| | B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to: National Democratic Party of the USA, Inc. 3250 Commercial Hwy Ste. 3252 Memphis, TN 38116-3252 | D. Is delivery address different from item 1? ☐ Yes    If YES, enter delivery address below: ☐ No |
| | 3. Service Type  ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 2820 0002 0804 6510 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |

**EXHIBIT F**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Liberty Legal Foundation, et al., | ) | No. CV11-2089-PHX-SRB |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| National Democratic Party of the USA, Inc., et al., | ) | |
| Defendants. | ) | |

    Plaintiffs have filed a Motion and Memorandum in Support of Motion for Default Judgement Against Defendant National Democratic Party of the USA and attached the Declaration of counsel Van Irion which states that Defendant Democratic Party of the USA was served by certified mail and included a copy of a signed return receipt.

    IT IS ORDERED that counsel for Plaintiffs show cause in writing within 5 days of the date of this Order the authority for certified mail delivery of a summons and complaint as service of process on Defendant National Democratic Party of the USA, Inc. under the Federal Rules of Civil Procedure.

    DATED this 28th day of February, 2012.

Susan R. Bolton
United States District Judge

1
2
3
4
5
6               IN THE UNITED STATES DISTRICT COURT

7                    FOR THE DISTRICT OF ARIZONA

8

9   Liberty Legal Foundation, et al.       )
                                            )           O R D E R
10                      Plaintiffs,         )
                                            )       No. CIV-11-2089-PHX-SRB
11          v.                              )
                                            )
12  National Democratic Party of the        )
    USA, Inc., et al.                       )
13                      Defendants.         )
                                            )
14  _____    )

15
16          After review of the docket, the Court notes that the complaint is this matter was filed

17  on October 25, 2011and has not been served upon the Defendants Debbie Wasserman

18  Schultz and Democratic National Committee within the time required by Rule 4(m), Federal

    Rules of Civil Procedure.
19
            Plaintiffs are notified that this matter will be dismissed as to the above named
20
    Defendants within 5 days if Plaintiffs fail to show good cause before that date for its failure
21
    to serve the summons and complaint.
22
            DATED this 22nd day of March, 2012.
23
24
25
26                                          _____
                                                     Susan R. Bolton
27                                            United States District Judge
28