IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| LIBERTY LEGAL FOUNDATION, | ) | |
| JOHN DUMMETT, | ) | |
| LEONARD VOLODARSKY, and | ) | |
| CREG MARONEY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 12-2143-STA |
| | ) | |
| NATIONAL DEMOCRATIC PARTY | ) | |
| of the USA, Inc., DEMOCRATIC | ) | |
| NATIONAL COMMITTEE, | ) | |
| TENNESSEE DEMOCRATIC PARTY, | ) | |
| DEBBIE WASSERMAN SCHULTZ, | ) | |
| CHIP FORRESTER, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY**

Before the Court is Defendants' Motion for Leave to File a Consolidated Reply (D.E. # 22) filed on May 14, 2012.  Defendants filed their reply brief on the same day.  Local Rule of Court 12.1(c) permits a party filing a Rule 12(b) motion to file a reply brief without leave of court.  The moving party must file its reply within fourteen (14) days after the non-moving party's response is served.  Here Plaintiffs filed their separate response briefs to Defendants' various Rule 12(b) motions on May 3, 2012.  Pursuant to Local Rules, Defendants had until May 17, 2012, in which to file reply briefs in support of their motions to dismiss.  Therefore, Defendants' Motion is **GRANTED**.

**IT IS SO ORDERED.**

                                              **s/ S. Thomas Anderson**
                                              S. THOMAS ANDERSON
                                              UNITED STATES DISTRICT JUDGE

                                              Date: June 1, 2012