IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LIBERTY LEGAL FOUNDATION, JOHN DUMMETT, LEONARD VOLODARSKY, CREG MARONEY,<br><br>    Plaintiffs,<br>vs.<br><br>NATIONAL DEMOCRATIC PARTY OF THE USA, INC., DEMOCRATIC NATIONAL COMMITTEE, TENNESSEE DEMOCRATIC PARTY, DEBBIE WASSERMAN SCHULTZ, and CHIP FORRESTER,<br><br>    Defendants. | Case No. 2:12-cv-02143-cgc<br><br>Removal of Case No. CH-11-1757-3 From Chancery Court for the State of Tennessee in Shelby County |

### DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF MOTION FOR SANCTIONS AND MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

Defendants, the Tennessee Democratic Party ("TNDP"), and Chip Forrester (collectively the "TNDP Defendants"), hereby request leave of this Court to file a Reply in Support of Motion for Sanctions (Dkt. No. 25) addressing issues raised in Plaintiffs' Response in Opposition to Defendants' Motion for Sanctions (Dkt. No 29). A copy of the Reply is attached hereto as Exhibit A.

To fully address the issues raised in Plaintiffs' Response in Opposition to Defendants' Motion for Sanctions, the TNDP Defendants further request leave to file a Reply Memorandum not exceeding 15 pages.

| | | |
|---|---|---|
| Dated:  June 18, 2012 | By: | /s/ J. Gerard Stranch, IV |
| | | J. Gerard Stranch, IV (BPR#023045) |
| | | Benjamin A. Gastel (BPR#028699) |
| | | BRANSTETTER, STRANCH |
| | | & JENNINGS, PLLC |
| | | 227 Second Avenue North, 4th Floor |
| | | Nashville, TN 37201-1631 |
| | | Telephone: 615/254-8801 |
| | | Facsimile:  615/255-5419 |
| | | gerards@branstetterlaw.com |
| | | beng@branstetterlaw.com |

*Counsel for the Tennessee Democratic Party and Chip Forrester*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served via the Court's CM/ECF system, on June 18, 2012, upon:

Van Irion
Liberty Legal Foundation
9040 Executive Park Dr., Ste. 200
Knoxville, TN 37923

/s/   J. Gerard Stranch, IV
J. Gerard Stranch, IV

2