UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

LIBERTY LEGAL FOUNDATION;
JOHN DUMMETT;
LEONARD VOLODARSKY;
CREG MARONEY,

    Plaintiffs

                                                     CASE NO: 2:12-cv-02143-cgc

    v.

DEMOCRATIC NATIONAL COMMITTEE;
DEBBIE WASSERMAN SCHULTZ, and
CHIP FORRESTER

    Defendants

## NOTICE OF APPEAL

Notice is hereby given that all plaintiffs in the above-named case hereby appeal to the United States Court of Appeals for the 6th Circuit from an order entered by the United States District Court for the Western District of Tennessee granting defendants' motion for sanctions (R.32), entered in this action on the 24th day of August, 2012.

Submitted on this the 23rd Day of Elul, in the year of our Lord 2012 (a.k.a. September 11, 2012).

                                                                        _s/Van R. Irion_____
                                                                        Van R. Irion (TNBPR#024519)
                                                                        Liberty Legal Foundation
                                                                         9040 Executive Park Drive, Ste. 200
                                                                         Attorney for Plaintiffs
                                                                         (423) 208-9953

CERTIFICATE OF SERVICE

It is hereby certified that on 23rd Day of Elul, Year of our Lord 2012 (a.k.a. September 11, 2012), a copy of Plaintiffs' "Notice of Appeal" was filed electronically. Parties may access this filing through the Court's electronic filing system.

    s/Van R. Irion
Van R. Irion
Liberty Legal Foundation
9040 Executive Park Drive, Ste. 200
Attorney for Plaintiffs
(423) 208-9953