UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE


LIBERTY LEGAL FOUNDATION;
JOHN DUMMETT;
LEONARD VOLODARSKY;
CREG MARONEY,

      Plaintiffs

                                           CASE NO: 2:12-cv-02143-cgc

      v.


DEMOCRATIC NATIONAL COMMITTEE;
DEBBIE WASSERMAN SCHULTZ, and
CHIP FORRESTER

      Defendants


## PLAINTIFFS' MOTION TO FILE A REPLY

Pursuant to Federal Rule of Civil Procedure and this Court's Local Rule 7.2(c), Plaintiffs' submit this motion to file a consolidated reply in support of their motion to reconsider and motion for a stay pending appeal. Grounds for this motion are that said reply will assist this Court in adjudicating this matter, and that this Court should grant Plaintiffs an opportunity to respond to the Defendant's assertions prior to ruling on Plaintiffs' motions.

Plaintiffs' proposed reply is attached to the instant motion. Said proposed reply is incorporated by reference in this motion. Plaintiffs' memorandum supporting this motion are contained within said proposed reply.


Submitted on the 11th Day of Tisheri, in the year of our Lord 2012 (a.k.a. September 28, 2012).


[Signature on next page]


1 of 2

_s/Van R. Irion_____
Van R. Irion (TNBPR#024519)
Liberty Legal Foundation
9040 Executive Park Drive, Ste. 200
Attorney for Plaintiffs
(423) 208-9953


CERTIFICATE OF SERVICE

It is hereby certified that on 11th Day of Tisheri, Year of our Lord 2012 (a.k.a. September 28, 2012), a copy of "Plaintiffs' Motion to File a Reply" was filed electronically. Parties may access this filing through the Court's electronic filing system. A copy of this motion will also be served upon the Defendants via mail.

_s/Van R. Irion_____
Van R. Irion
Liberty Legal Foundation
9040 Executive Park Drive, Ste. 200
Attorney for Plaintiffs
(423) 208-9953