IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **LIBERTY LEGAL FOUNDATION,** | ) | |
| **JOHN DUMMETT,** | ) | |
| **LEONARD VOLODARSKY, and** | ) | |
| **CREG MARONEY,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 12-2143-STA |
| | ) | |
| **NATIONAL DEMOCRATIC PARTY** | ) | |
| of the USA, Inc., **DEMOCRATIC** | ) | |
| **NATIONAL COMMITTEE,** | ) | |
| **TENNESSEE DEMOCRATIC PARTY,** | ) | |
| **DEBBIE WASSERMAN SCHULTZ,** | ) | |
| **CHIP FORRESTER,** | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY**

Before the Court is Plaintiffs' Motion for Leave to File a Consolidated Reply (D.E. # 39) filed on September 28, 2012. Plaintiffs seeks leave to file a reply brief in support of their motion to stay and motion for reconsideration. The Court notes that the instant Motion does not comply with Local Rules of Court, because Plaintiffs have not included a certificate of consultation as required by Local Rule 7.2(a)(1)(B) and have not submitted a proposed order with their Motion as required by Local Rule 7.2(a)(1)(A). Nevertheless, the Court finds good cause to grant the Motion. Plaintiffs are directed to file their reply brief as a separate docket entry within one business day of the entry of this Order.

**IT IS SO ORDERED.**

                                            **s/ S. Thomas Anderson**
                                            S. THOMAS ANDERSON
                                            UNITED STATES DISTRICT JUDGE

                                            Date: October 2, 2012