# Ben Gastel

**From:** Van Irion <van@libertylegalfoundation.org>
**Sent:** Monday, October 15, 2012 11:37 AM
**To:** Ben Gastel
**Subject:** RE: Liberty Legal v. TNDP

Ben,

We do not consent.

Van Irion
Co-Founder, Lead Counsel
LIBERTY LEGAL FOUNDATION
9040 Executive Park Drive, Suite 200
Knoxville, TN 37923
Phone/Fax: 423-208-9953
www.libertylegalfoundation.net



**From:** Ben Gastel [mailto:beng@branstetterlaw.com]
**Sent:** Thursday, October 11, 2012 11:18 AM
**To:** Van R. Irion; Gerard Stranch
**Subject:** Liberty Legal v. TNDP

Van,

We plan to file a reply in response to our fee petition today, please let us know if you consent to filing the reply in support.

Warmest Regards,

Ben Gastel
**Branstetter, Stranch & Jennings, PLLC**
227 Second Ave. N.
Fourth Floor
Nashville, TN 37061-1631
P: 615.254.8801
F: 615.255.5419

IMPORTANT: This communication from the law firm of Branstetter, Stranch & Jennings, PLLC is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and contains information that may be confidential and privileged. Be advised that if you are not the intended recipient(s), any dissemination, distribution or copying of this communication is prohibited. Please notify the undersigned immediately by telephone or return e-mail.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.