IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LIBERTY LEGAL FOUNDATION, JOHN DUMMETT, LEONARD VOLODARSKY, CREG MARONEY,<br><br>Plaintiffs,<br>vs.<br><br>NATIONAL DEMOCRATIC PARTY OF THE USA, INC., DEMOCRATIC NATIONAL COMMITTEE, TENNESSEE DEMOCRATIC PARTY, DEBBIE WASSERMAN SCHULTZ, and CHIP FORRESTER,<br><br>Defendants. | Case No. 2:12-cv-02143-cgc<br><br>Removal of Case No. CH-11-1757-3 From Chancery Court for the State of Tennessee in Shelby County |

### ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY

This Court finds that the Defendants Motion for Leave to File a Reply is Support of its Petition for Reasonable Attorneys' Fees (Dkt. No. 37) in this matter is well taken. Defendants are instructed to file their Reply as a separate docket entry.

**IT IS THEREFORE ORDERED** that the Defendants are granted leave of court to file a Reply in Support of their Petition for Reasonable Attorneys' Fees (Dkt. No. 37). Defendants are instructed to file their Reply as a separate docket entry and shall file their Reply one business day after the entry of this Order.

**ENTERED** this the 17th day of October 2012.

                s/ S. Thomas Anderson
                S. THOMAS ANDERSON
                UNITED STATES DISTRICT JUDGE