## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

**LIBERTY LEGAL FOUNDATION, et al,**

   **Plaintiff,**                           **JUDGMENT IN A CIVIL CASE**

**v.**

                                        **CASE NO: 12-2143-STA**

**NATIONAL DEMOCRATIC PARTY**
**of the USA, INC., et al,**

   **Defendant.**

---

**DECISION BY COURT.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Defendant's Motion to Dismiss entered on June 21, 2012 and the Order Granting In Part Defendant's Petition for Reasonable Attorneys Fees entered on December 4, 2012,   this matter is hereby dismissed.

**APPROVED:**

**s/ S. Thomas Anderson**
**S. THOMAS ANDERSON**
**UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **December 4, 2012** | **Thomas M. Gould** |
| **Date** | **Clerk of Court** |
| | |
| | **s/ Terry Haley** |
| | **(By)  Deputy Clerk** |