# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

LIBERTY LEGAL FOUNDATION;
JOHN DUMMETT;
LEONARD VOLODARSKY;
CREG MARONEY,

    Plaintiffs

                                  CASE NO: 2:12-cv-02143-cgc

    v.

DEMOCRATIC NATIONAL COMMITTEE;
DEBBIE WASSERMAN SCHULTZ, and
CHIP FORRESTER

    Defendants

## NOTICE OF APPEAL

Notice is hereby given that all plaintiffs in the above-named case hereby appeal to the United States Court of Appeals for the 6th Circuit from a judgment entered by the United States District Court for the Western District of Tennessee (R.54) granting in part defendants' petition for reasonable attorneys fees (R.53), entered in this action on the 4th day of December, 2012.

Submitted on this the 13th Day of Tevet, in the year of our Lord 2012 (a.k.a. December 27, 2012).

                                                _s/Van R. Irion_____
                                                Van R. Irion (TNBPR#024519)
                                                Liberty Legal Foundation
                                                9040 Executive Park Drive, Ste. 200
                                                Attorney for Plaintiffs
                                                (423) 208-9953

CERTIFICATE OF SERVICE

It is hereby certified that on 13th Day of Tevet, Year of our Lord 2012 (a.k.a. December 27, 2012), a copy of Plaintiffs' "Notice of Appeal" was filed electronically. Parties may access this filing through the Court's electronic filing system.

    s/Van R. Irion
Van R. Irion
Liberty Legal Foundation
9040 Executive Park Drive, Ste. 200
Attorney for Plaintiffs
(423) 208-9953